# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DIANE BARTHOLOMEW, *et al*,

      Plaintiffs,

                              CASE NO.:  2:19-cv-00695-JLB-KCD

v.

LOWE'S HOME CENTERS, LLC*,*

      Defendant.

_____/

**AMENDED SETTLEMENT AGREEMENT**

      This Amended Settlement Agreement ("Agreement") is entered into on January 31, 2023 between named Plaintiffs Diane Bartholomew and Michael Sherry ("Named Plaintiffs") and the original opt-in Plaintiffs Willis Pelton, Jason Slater and Mark Easterling ("Original Opt-In Plaintiffs") (collectively "Plaintiffs"), on behalf of themselves and all other persons who have timely returned a Consent to Join this action, and Defendant Lowe's Home Centers, LLC ("Defendant" or "Lowe's") in the matter of Plaintiffs *Diane Bartholomew et al. v. Lowe's Home Centers, LLC*, Civil Action Case No. 2:19-cv-00695- JLB-KCD pending in the United States District Court for the Middle District of Florida, Fort Myers Division (the "Action").

      In this Action, Plaintiffs challenge Lowe's decision to end a legacy compensation program (the "Allowance").  In their Collective Action Complaint filed on September 20, 2019, Plaintiffs alleged that ending the Allowance constituted disparate treatment based on age and had a disparate impact based on age in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, et seq. (the "ADEA").  On January 21, 2020, the Court dismissed Plaintiffs' disparate treatment claims.  In their Amended Complaint filed February 4, 2020, Plaintiffs continued to pursue their ADEA disparate impact claim on behalf of themselves and all others similarly situated (the

"Claim") and added state common law quasi-contract claims of Contract Implied in Fact/Quantum Meruit and Contract Implied in Law/Unjust Enrichment.

On August 13, 2021, the Court granted conditional certification of Plaintiffs' ADEA claim pursuant to 29 U.S.C. § 216(b) and denied class certification of Plaintiffs' common law quasi contract claims.  Court-approved notice of the right to opt-into the ADEA disparate impact claim was sent to the putative collective members on February 14, 2022.  2,197 individuals who were eligible to opt into the Action submitted opt-in forms (or, in one case, an email consenting to opt in) prior to December 22, 2022 ("Opt-In Plaintiffs").[1]

Plaintiffs recognize that their ability to sustain the Claim and to recover all or part of the relief sought is subject to numerous risks, including but not limited to the following: (i) the Court may reconsider its conditional certification of this matter to proceed as a collective action; (ii) the Court may determine that Plaintiffs' and Opt-In Plaintiffs' disparate impact theory is not cognizable or that the decision to end the Allowance was based on a reasonable factor other than age which provides a complete defense and enter summary judgment in Defendant's favor; (iii) the Court or jury may determine Plaintiffs and Opt-In Plaintiffs are not entitled to recover for their claim; (iv) the Court or jury may determine that some or all of the Plaintiffs and Opt-In Plaintiffs are not entitled to damages or are entitled to an amount of damages less than the amount sought by Plaintiffs and Opt-In Plaintiffs; (v) the Court may determine that the act or omission giving rise to the Action was lawful; and (vi) the Court of Appeals may determine that Plaintiffs' and Opt-In Plaintiffs' disparate impact theory is not cognizable, that a reasonable factor other than age

---

[1] The parties have agreed to include the 2,197 individuals identified on Exhibit A.  The parties reserve their right to address whether these individuals should be permitted to join the collective if this Agreement becomes null or void for any reason.

provides a complete defense, and/or that the Claim could not properly be maintained as a collective action.

Defendant recognizes that it is also subject to numerous risks in this case, including, but not limited to, the following: (i) a jury could determine that Plaintiffs' and Opt-In Plaintiffs' Claim has merit and award full relief including liquidated damages; and (ii) the Court and Court of Appeals could affirm this recovery.

Accordingly, in order to avoid the uncertainty, burdens, and expense of further discovery and litigation, and without admission or finding of liability or wrongdoing on the part of Lowe's, such being expressly denied by Lowe's, Plaintiffs and Defendant have determined that it is in the best interests of the parties to resolve the Claim and any other potential age-discrimination claims related to the ending of the Allowance on the following terms and conditions:

1.      **Court Approval:**  The parties agree that this Agreement is contingent upon preliminary and final approval by the Court and dismissal of the Claim with prejudice.

   a.      **Preliminary Approval:**  Within ten days after the date this Agreement is fully executed by the parties, the parties shall file a joint motion seeking an order preliminarily approving this settlement (in the form attached hereto as Exhibit B) and authorizing notice of the settlement be sent to the Opt-In Plaintiffs (in the form attached hereto as Exhibit C, "Notice") consistent with the terms of this Agreement.  The joint motion will ask the Court to find that: (a) the settlement is reasonable, adequate, fair and consistent with applicable law; (b) the form of Notice is, under the circumstances, the most effective and practicable notice of the settlement and final approval hearing to all Opt-in Plaintiffs and sufficient notice for all purposes; and (c) that the terms of the Agreement and Notice comply fully with the Older Worker Benefit Protection Act, 29 U.S.C. § 626(f),

such that any Opt-In Plaintiff who does not withdraw from the settlement ("Non-Withdrawing Opt-In Plaintiffs") will be bound by the Settlement Agreement, including its Release, Waiver and Bar provision, and the dismissal with prejudice of the Claim if the Court grants final approval of the settlement.  The joint motion will also advise the Court that the Plaintiffs and Lowe's are entering into separate confidential settlements of their quasi-contract claims that will result in the Action being dismissed with prejudice, ask the Court to continue the stay of this matter until final approval of the settlement, and to set a date for a final approval hearing.

       **b.**    **Final Approval:**  Within 90 days after the Court grants preliminary approval, the parties will file a joint motion for final approval asking the Court to enter an order (in the form attached hereto as Exhibit D) dismissing the Claim with prejudice as to all Plaintiffs and Opt-In Plaintiffs.

       **c.**    **No Modification:**  Neither the Court nor any reviewing court on direct appeal and/on writ of certiorari to the Supreme Court of the United States shall have authority to modify the terms of the proposed settlement without the written consent of the parties through their counsel.  Should any such modification be required by any court (including the Court declining to enter preliminary and final approval orders consistent in all material respects with Exhibits B and D hereto), unless the parties through their counsel consent to such modification in writing, this Agreement shall become null and void.  If this Agreement is rendered null and void, it shall be inadmissible and unusable in any court or proceeding regarding any issues whatsoever and shall not be considered a binding settlement and the parties shall return to their respective positions as of August 22, 2022.

2.    **Release, Waiver and Bar:** In exchange for the consideration provided by Defendant in this Agreement, and upon entry of the Court's order finally approving this Agreement, except as to such rights or claims as may be created by this Agreement, Plaintiffs and Non-Withdrawing Opt-In Plaintiffs irrevocably and unconditionally release and waive all the claims described below that they may now have against Defendant and the Released Parties defined below. The claims they are releasing include all known and unknown claims, promises, causes of action, or similar rights of any kind for discrimination because of age based on claims or allegations that were or could have been raised in this Action, including, without limitation, claims under the Age Discrimination in Employment Act of 1967 ("ADEA") or similar state or local laws ("Released Claims").  The "Released Parties" are Lowe's Home Centers, LLC and Lowe's Companies, Inc. and each of their affiliates, representatives, employees, officers, directors, shareholders, partners, joint venturers, parent companies, subsidiaries, heirs, agents, attorneys, predecessors, successors, assignees, insurers and reinsurers, and their respective successors and predecessors in interest, and anyone acting on any of their behalf.  Except for a proceeding brought to enforce the terms of this Agreement, Plaintiff and Non-Withdrawing Opt-In Plaintiffs shall, as of the date of the Court's order finally approving this settlement, be barred from commencing, maintaining, prosecuting, participating in, or permitting to be filed by any other person on their behalf, any action, suit, or proceeding of any kind against Defendant or the Released Parties with respect to the Released Claims.

3.    **Settlement Payment:** Subject to the terms and conditions set forth in this Agreement, Defendant shall pay the total sum of four hundred thousand dollars ($400,000.00) ("Settlement Payment").  The Settlement Payment includes: (a) all payments to Plaintiffs and Non-Withdrawing Opt-In Plaintiffs and all payroll taxes associated therewith; (b) all attorneys' fees and

costs; and (c) all costs of administration of the settlement.  Lowe's shall pay no other money in connection with the claims resolved by this Agreement.  The Settlement Payment shall be allocated as follows:

a.       **Individual Awards to Plaintiffs and Non-Withdrawing Opt-In Plaintiffs:**  Two hundred nineteen thousand nine hundred dollars ($219,900.00) of the Settlement Payment will be allocated to the Plaintiffs and Non-Withdrawing Opt-In Plaintiffs.   Each Plaintiff's and Non-Withdrawing Opt-In Plaintiff's share will be calculated by multiplying two hundred nineteen thousand and nine hundred dollars ($219,900.00) by a fraction, the numerator of which is to be the amount of that Plaintiff's or Opt-In Plaintiff's annual Allowance and the denominator of which is to be the total annual Allowance of all of the Plaintiffs and Opt-In Plaintiffs ("Individual Award").

i.       Fifty percent of the Individual Award to each Plaintiff and Non-Withdrawing Opt-In Plaintiff will be paid as wages, from which required taxes and other withholdings will be deducted, and reported on an IRS Form W-2 and any applicable state or local form, and the other fifty percent will be paid as liquidated damages and reported on an IRS Form 1099 and any applicable state form if required.

ii.       Plaintiffs and Non-Withdrawing Opt-In Plaintiffs do not need to do anything to receive their Individual Award.  Checks for the Individual Award will be sent to each Plaintiff and Non-Withdrawing Opt-In Plaintiff (in accordance with Paragraph 7 below) along with a reminder that they are bound by this Agreement, including the Release, Waiver and Bar provision.  If the Court grants final approval of this settlement, all Plaintiffs and Non-Withdrawing Opt-In Plaintiffs will be

bound by this Agreement and the judgment dismissing their Claim with prejudice regardless of whether or not they cash the check for the Individual Award.

     **iii.**     The payments made to the Plaintiffs and Non-Withdrawing Opt-In Plaintiffs shall not be construed as compensation for purposes of determining eligibility for any health and/or welfare benefits, unemployment compensation or other compensation or benefits provided by Defendant.  In addition, no individual receiving a payment based on this settlement shall be entitled to any additional or increased health, welfare, retirement or other benefits as a result of their participation in this settlement.

     **b.**     **Attorneys' Fees, Costs, and Expenses:**  One hundred thirty thousand one hundred dollars ($130,100.00) of the Settlement Payment shall be paid to Plaintiffs' Counsel as attorneys' fees ($86,822.16), costs and expenses ($43,277.84).

     **c.**     **Settlement Administration Costs:**  The parties designate Simpluris to administer the settlement in this action ("Settlement Administrator").  Fifty thousand dollars ($50,000.00) of the Settlement Payment shall be paid to Simpluris for all costs incurred by the Settlement Administrator in the administration of the settlement.

**4.**     **Notification and Objection Procedure:**

     **a.**     **Mailing of Notice:**  Within seven business days after the Court grants preliminary approval of this settlement, the Settlement Administrator shall mail the Notice and an IRS Form W-9 to each Plaintiff and Opt-In Plaintiff at the address listed in his or her Consent to Join by United States first-class mail.  In the event that any Notice mailed by the Settlement Administrator is returned to the Settlement Administrator as undeliverable, the Settlement Administrator will perform a computer database search to

locate an accurate address and where a new reliable address is found re-send the notice as soon as practicable.

        **b.**      **Presumption of Receipt:** Except for any mailing that is returned to the Settlement Administrator as undeliverable within fifteen (15) days of it being mailed, the Court will apply a rebuttable presumption that the Notice was received on or before the fifth day of mail delivery of United States first-class mail following mailing.

        **c.**      **Reconsideration of Individual Awards:** Plaintiffs and Opt-In Plaintiffs may request that Plaintiffs' Counsel reconsider their Individual Awards by submitting a written request to Plaintiffs' Counsel, who shall review any records available and make the final determination as to the allocation of the individual awards.

        **d.**      **Objections to Settlement:** Non-Withdrawing Opt-In Plaintiffs may object to all or any part of this settlement by emailing, faxing, or mailing a written objection under oath to the Settlement Administrator not later than 30 calendar days from the date the Notice was mailed or remailed (in the event the original Notice was returned to the Settlement Administrator as undeliverable) to him or her. Objections sent via mail must be postmarked within the 30 calendar days in order to be considered timely. Objections sent by email or fax must be received by the Settlement Administrator within the 30 calendar days in order to be considered timely.  The written objection must include the following: (i) the full name and signature of the Non-Withdrawing Opt-In Plaintiff; (ii) the case name and case number (*Diane Bartholomew, et al. v. Lowe's Home Centers, LLC*, Case No. 2:19-cv-00659-JLB- KCD); (iii) a statement of the reasons, set forth in clear and concise terms, why the objector believes that the Court should find that the proposed settlement is not in the best interest of the collective and the reasons why the settlement should not be

approved, including the legal and factual arguments supporting the objection; and (iv) a statement indicating whether the Non-Withdrawing Opt-In Plaintiff is represented by counsel, and identifying any such counsel. Counsel for Plaintiffs shall file all timely objections with the Court at least fourteen (14) days before the final approval hearing. Non-Withdrawing Opt-In Plaintiffs who have properly and timely submitted objections may appear at the final approval hearing, either in person or through a lawyer retained at their own expense. The Court retains final authority with respect to the consideration and admissibility of any objections. Plaintiffs' Counsel and/or Defendant's Counsel may file written responses to the objections submitted by Non-Withdrawing Opt-In Plaintiffs before the date of the final approval hearing and/or respond to the objections at the final approval hearing.

e.     **Withdrawal:** An Opt-In Plaintiff may withdraw from this Agreement and pursue a disparate impact age-discrimination claim on an individual (non-collective) basis related to Lowe's decision to end the Allowance. Any Opt-In Plaintiff who wishes to withdraw from the settlement may not also object to the settlement. To withdraw from the settlement, the Opt-In Plaintiff must:

i.     Email, fax, or mail a written notice to the Settlement Administrator that he or she wishes to withdraw from the settlement not later than 30 calendar days from the date the Notice was mailed or remailed (in the event the original Notice was returned to the Settlement Administrator as undeliverable) to him or her. Notices of withdrawal sent via mail must be postmarked within the 30 calendar days in order to be considered timely. Notices of withdrawal sent by email or fax

must be received by Simpluris within the 30 calendar days in order to be considered timely.  Such withdrawal notice shall state at a minimum:

> I understand that I am requesting to be excluded from the collective settlement and that I will receive no money from the settlement approved by the preliminary and/or final orders entered into by the Court or the Settlement Agreement entered into by Plaintiffs and Defendant.   I understand that if I am excluded from the collective action settlement, I may at my own expense be able to assert a separate legal action in the same Court for disparate impact age discrimination on an individual (non-collective) basis seeking damages related to Lowe's decision to end the Allowance, but may receive nothing or less than what I would have received in the collective settlement in this case.  Any such action I may assert will not include any other claims.

Counsel for Plaintiffs shall file all timely written notices of withdrawal from the settlement with the Court at least fourteen (14) days before the final approval hearing.

    **ii.**    A withdrawing Opt-In Plaintiff must also appear in person or through counsel at the final approval hearing and agree to a scheduling order which shall include expedited discovery deadlines followed by dispositive motion deadlines and concomitant hearing and/or trial dates that will govern the remainder of that individual's claim against Defendant.  Without regard to the withdrawal of any Opt-In Plaintiff, this Agreement and the final approval order of the Court shall act to dismiss with prejudice the collective claims in this Action such that no administrative charge of any Plaintiff or Opt-In Plaintiff shall be sufficient as a predicate to "piggybacking."  An Opt-In Plaintiff may void his or her withdrawal up to eight days prior to the final approval hearing by filing a signed statement clearly stating the desire to void his or her withdrawal notice.

iii.      The Individual Award allocated to any withdrawing Opt-In Plaintiff shall be subtracted from the Settlement Payment.

5.    **Defendant's Conditional Right to Void the Agreement:** If more than 22 Opt-In Plaintiffs timely withdraw pursuant to Paragraph 4(e), Defendant shall have the unilateral right to declare this Agreement void up until three business days after the final approval hearing. Any Court orders related to this Agreement would then be vacated by the Court which would return the parties to their respective positions as of August 22, 2022, and this Agreement and any documents associated with it shall be inadmissible and unusable in any court or proceeding regarding any issues whatsoever and shall not be considered a binding settlement and the parties shall return to their respective positions as of August 22, 2022. In the event Defendant opts to void the Agreement pursuant to this paragraph, Lowe's will pay the costs incurred by the Settlement Administrator in the settlement administration process to that point.

6.    **Duties of the Settlement Administrator**: The duties of the Settlement Administrator shall include, without limitation: mailing the Notice and any appropriate tax forms such as an IRS Form W-9 to Plaintiffs and Opt-In Plaintiffs; performing necessary additional research to locate an accurate address for any notices and checks returned as undeliverable; collecting and sending objections and notices of withdrawal to Plaintiffs' Counsel and Defendant's Counsel; reviewing any documents received from Plaintiffs and Opt-In Plaintiffs and sending such documents to Plaintiffs' Counsel and/or Defendant's Counsel, as necessary; establishing and maintaining a Qualified Settlement Fund ("QSF") and related bank account for receipt and disbursement of the Settlement Payment; preparing and mailing settlement checks to the Plaintiffs, Non-Withdrawing Opt-In Plaintiffs, and Plaintiffs' Counsel in accordance with the terms of this Agreement; calculating, reporting and paying all payroll taxes and withholdings in accordance

with all applicable laws and requirements of government taxing authorities; issuing appropriate tax forms for the Settlement Payment such as IRS Form W-2s and IRS Form 1099s and any applicable state or local forms and providing copies thereof to Plaintiffs' or Defendant's Counsel upon request; and generally performing all normal and customary duties associated with the administration of such a settlement or reasonably necessary to administer this settlement.

7.    **Timing of Payments:**

a.    **Lowe's Transfer of Settlement Payment:**  Lowe's shall transfer the Settlement Payment (adjusted to account for any withdrawing Opt-In Plaintiff pursuant to Paragraph 4(e)) to the Qualified Settlement Fund account established by the Settlement Administrator within 45 days after entry of the Court's Order finally approving this settlement and dismissal with prejudice of the Action, or if an appeal is taken from any aspect of the Court's Order finally approving the settlement and/or the judgment entered, then 21 days after the later of either (i) the appeal being withdrawn or (ii) the exhaustion of all available appellate review and an appellate decision affirming the approval of the settlement and judgment becoming final and not subject to further appellate review.

b.    **Distribution of Settlement Payment:** Within 10 business days after it receives the Settlement Payment from Lowe's pursuant to Paragraph 7(a) above, the Settlement Administrator shall mail checks for the Individual Awards to the Plaintiffs and Non-Withdrawing Opt-In Plaintiffs as provided for in Paragraph 3(a) above and for the attorneys' fees, costs, and expenses as provided for in Paragraph 3(b) above.

8.    **Unclaimed Funds:** Any Individual Awards sent to the Plaintiffs or Opt-In Plaintiffs that are not paid because any Plaintiffs or Opt-In Plaintiffs withdrew or failed to cash a

check shall be returned to Defendant after payment of the Settlement Administration Costs (as set forth in Paragraph 3(c) above) to the Settlement Administrator.

9.     **Confidentiality of Discovery Material:**  Plaintiffs, Opt-in Plaintiffs, and their counsel will not permit any other person to review any documents or information designated Confidential Information or any deposition testimony/exhibits taken in this Action even if that person secures an Order permitting them to modify the Agreed Protective Order (Doc. 75) entered in this Action to permit such person to see such documents, except as such disclosure may hereafter be compelled by a final order of a court of competent jurisdiction following the exhaustion of any appeals, rehearings and petitions for writs of certiorari.  All documents and information designated Confidential Information (and any copies thereof) produced by Defendant in this Action shall be returned to Defendant's Counsel as provided in Paragraph 9 of the Agreed Protective Order entered in the Action.

10.     **Non-admission:** Nothing in this settlement shall be construed as a finding or admission that Defendant has violated the ADEA or any other law, statute or regulation, or committed any wrongdoing whatsoever, and Defendant specifically denies that it has committed any such violation or wrongdoing.

11.     **Choice of Law:**  Except to the extent governed by federal law, this Agreement and all payments made pursuant to it shall be governed by the laws of the State of Florida, without regard to choice-of-law provisions.

12.     **Rules of Construction:**  This Agreement shall be construed as a whole, according to its fair meaning. It shall not be construed strictly for or against any party. Unless the context indicates otherwise, the term "or" shall be deemed to include the term "and," and the singular or

plural number shall be deemed to include the other. Captions are intended solely for convenience of reference and shall not be used in the interpretation of this Agreement.

13.     **Duty to Support and Defend the Settlement Agreement:** Plaintiffs, Non-Withdrawing Opt-in Plaintiffs who do not object to this Agreement, Plaintiffs' Counsel, Defendant, and Defendant's Counsel each agree to abide by all the terms of this Agreement in good faith and to support it fully, and shall use their best efforts to defend this Agreement from any legal challenge, whether by appeal or collateral attack, or any other litigation filing which may reduce any of the consideration that either party would receive as a result of this Agreement (monetary or otherwise).  For the avoidance of doubt, the duty to support and defend does not obligate Plaintiffs, Non-Withdrawing Opt-in Plaintiffs, or Plaintiffs' Counsel after the latter of the date the Court's order finally approving this Agreement becomes final and non-appealable or any appeal has been resolved to join in or pay for Lowe's defense of a lawsuit or similar action or charge in any forum brought against Defendant in violation of the Release, Waiver and Bar in Paragraph 2 of this Agreement.

14.     **Execution in Counterparts:** The parties agree that this Agreement may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be part of the same Agreement.

15.     **Jurisdiction:** The parties agree that the United States District Court for the Middle District of Florida shall have continuing jurisdiction over any matters relating to or arising out of this Agreement.

16.     **Supersedes Previous Agreement**: The parties agree that this Agreement supersedes and replaces the Settlement Agreement dated December 22, 2022.

14

**IT IS SO AGREED:**                **PLAINTIFFS**

Dated:_____ 2/1/2023

Diane Bartholomew
ID 2PsDPo4pEJS3A4dhQ579WU5U

_____
Diane Bartholomew

Dated:_____

_____
Michael Sherry

Dated:_____

_____
Willis Pelton

Dated:_____

_____
Jason Slater

Dated:_____

_____
Mark Easterling

**DEFENDANT LOWE'S HOME CENTER, LLC**

Name: _____

Dated:_____

Title:_____

Signature:_____

**APPROVED AS TO FORM:**

Dated:_____

SALAS LAW FIRM, P.A.

_____
Michael G. Green II, Esq.
michael@jpsalaslaw.com
John P. Salas, Esq.
jp@jpsalaslaw.com
SALAS LAW FIRM, P.A.
2601 E. Oakland Park Boulevard
Suite 406
Fort Lauderdale, FL 33308
*Counsel for Plaintiffs*

McGuireWoods LLP

15

**IT IS SO AGREED:**                    **PLAINTIFFS**

Dated:_____        _____
                            Diane Bartholomew

Dated:___Feb 1, 2023___     _____
                            Mike Sherry (Feb 1, 2023 10:02 EST)
                            Michael Sherry

Dated:_____        _____
                            Willis Pelton

Dated:_____        _____
                            Jason Slater

Dated:_____        _____
                            Mark Easterling

                            **DEFENDANT LOWE'S HOME CENTER, LLC**

                            Name: _____

Dated:_____

                            Title:_____

                            Signature:_____

**APPROVED AS TO FORM:**

                            SALAS LAW FIRM, P.A.

Dated:_____

                            _____
                            Michael G. Green II, Esq.
                            michael@jpsalaslaw.com
                            John P. Salas, Esq.
                            jp@jpsalaslaw.com
                            SALAS LAW FIRM, P.A.
                            2601 E. Oakland Park Boulevard
                            Suite 406
                            Fort Lauderdale, FL 33308
                            *Counsel for Plaintiffs*

                            MCGUIREWOODS LLP

**IT IS SO AGREED:**              **PLAINTIFFS**

Dated:_____            _____
                                 Diane Bartholomew

Dated:_____            _____
                                 Michael Sherry

Dated: Feb 1, 2023               *Willis Pelton*
_____                   Willis Pelton (Feb 1, 2023 11:34 EST)
                                 _____
                                 Willis Pelton

Dated:_____            _____
                                 Jason Slater

Dated:_____            _____
                                 Mark Easterling

                                 **DEFENDANT LOWE'S HOME CENTER, LLC**

                                 Name: _____
Dated:_____
                                 Title:_____

                                 Signature:_____

**APPROVED AS TO FORM:**

                                 SALAS LAW FIRM, P.A.
Dated:_____
                                 _____
                                 Michael G. Green II, Esq.
                                 michael@jpsalaslaw.com
                                 John P. Salas, Esq.
                                 jp@jpsalaslaw.com
                                 SALAS LAW FIRM, P.A.
                                 2601 E. Oakland Park Boulevard
                                 Suite 406
                                 Fort Lauderdale, FL 33308
                                 *Counsel for Plaintiffs*

                                 MᴄGᴜɪʀᴇWᴏᴏᴅѕ LLP

15

**IT IS SO AGREED:**             **PLAINTIFFS**

Dated:_____             _____
                                  Diane Bartholomew

Dated:_____             _____
                                  Michael Sherry

Dated:_____             _____
                                  Willis Pelton

Dated: Feb 2, 2023                _____
                                  Jason Slater (Feb 2, 2023 23:01 EST)
                                  Jason Slater

Dated:_____             _____
                                  Mark Easterling

                                  **DEFENDANT LOWE'S HOME CENTER, LLC**

                                  Name: _____
Dated:_____

                                  Title:_____

                                  Signature:_____

**APPROVED AS TO FORM:**

                                  SALAS LAW FIRM, P.A.
Dated:_____

                                  _____
                                  Michael G. Green II, Esq.
                                  michael@jpsalaslaw.com
                                  John P. Salas, Esq.
                                  jp@jpsalaslaw.com
                                  SALAS LAW FIRM, P.A.
                                  2601 E. Oakland Park Boulevard
                                  Suite 406
                                  Fort Lauderdale, FL 33308
                                  *Counsel for Plaintiffs*

                                  McGuireWoods LLP

**IT IS SO AGREED:**                    **PLAINTIFFS**

Dated:_____        _____
                             Diane Bartholomew

Dated:_____        _____
                             Michael Sherry

Dated:_____        _____
                             Willis Pelton

Dated:_____        _____
                             Jason Slater

Dated: Feb 1, 2023           _____
_____                Mark Easterling (Feb 1, 2023 17:12 EST)
                             Mark Easterling

                             **DEFENDANT LOWE'S HOME CENTER, LLC**

                             Name: _____
Dated:_____

                             Title:_____

                             Signature:_____

**APPROVED AS TO FORM:**

                             SALAS LAW FIRM, P.A.
Dated:_____
                             _____
                             Michael G. Green II, Esq.
                             michael@jpsalaslaw.com
                             John P. Salas, Esq.
                             jp@jpsalaslaw.com
                             SALAS LAW FIRM, P.A.
                             2601 E. Oakland Park Boulevard
                             Suite 406
                             Fort Lauderdale, FL 33308
                             *Counsel for Plaintiffs*

                             MCGUIREWOODS LLP

**IT IS SO AGREED:**                    **PLAINTIFFS**

Dated:_____                    _____
                                       Diane Bartholomew

Dated:_____                    _____
                                       Michael Sherry

Dated:_____                    _____
                                       Willis Pelton

Dated:_____                    _____
                                       Jason Slater

Dated:_____                    _____
                                       Mark Easterling

                                       **DEFENDANT LOWE'S HOME CENTER, LLC**

                                                R. S. "Trey" O'Neale, III
          02/01/2023                   Name: _____
Dated:_____

                                             Vice President & Associate General Counsel
                                       Title:_____

                                       Signature:____*R.S. "Trey" O'Neale, III*____

**APPROVED AS TO FORM:**

                                       SALAS LAW FIRM, P.A.

Dated:_____                 _____
                                       Michael G. Green II, Esq.
                                       michael@jpsalaslaw.com
                                       John P. Salas, Esq.
                                       jp@jpsalaslaw.com
                                       SALAS LAW FIRM, P.A.
                                       2601 E. Oakland Park Boulevard
                                       Suite 406
                                       Fort Lauderdale, FL 33308
                                       *Counsel for Plaintiffs*

                                       MCGUIREWOODS LLP

**IT IS SO AGREED:**                    **PLAINTIFFS**

Dated:_____            _____
                                                   Diane Bartholomew

Dated:_____            _____
                                                   Michael Sherry

Dated:_____            _____
                                                   Willis Pelton

Dated:_____            _____
                                                   Jason Slater

Dated:_____            _____
                                                   Mark Easterling

**DEFENDANT LOWE'S HOME CENTER, LLC**

                                                   Name: _____
Dated:_____

                                                   Title:_____

                                                   Signature:_____

**APPROVED AS TO FORM:**

Dated: February 6, 2023            SALAS LAW FIRM, P.A.

                                                   */s/ Michael G. Green (with permission)*
                                                   Michael G. Green II, Esq.
                                                   michael@jpsalaslaw.com
                                                   John P. Salas, Esq.
                                                   jp@jpsalaslaw.com
                                                   SALAS LAW FIRM, P.A.
                                                   2601 E. Oakland Park Boulevard
                                                   Suite 406
                                                   Fort Lauderdale, FL 33308
                                                   *Counsel for Plaintiffs*

                                                   MCGUIREWOODS LLP

Dated: <u>February 6, 2023</u>

_Elena D Marcuss_

Thomas Brice
Florida Bar No. 0018139
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone:  (904) 798-2629
Facsimile:   (904) 360-6335
tbrice@mcguirewoods.com

Elena D. Marcuss
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202
Telephone:  (410) 659-4454
Facsimile:   (410) 659-4547
emarcuss@mcguirewoods.com

*Counsel for Defendant Lowe's Home Centers, LLC*

16

**Table of Exhibits**

Exhibit A                          List of Opt-Ins

Exhibit B                          [Proposed] Preliminary Approval Order

Exhibit C                          Notice of Settlement

Exhibit D                          [Proposed] Final Approval Order

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DIANE BARTHOLOMEW, *et al.*,

      Plaintiffs,

                                   CASE NO. 2:19-cv-00695-JLB-MRM

v.

LOWE'S HOME CENTERS, LLC,

      Defendant.

_____/

**<u>EXHIBIT A</u>**

The 2,149 persons who timely returned consents to join prior to December 22, 2022,[1] are:

    1.  Sonya Joseph

    2.  Spencer Englund

    3.  Michael Brod

    4.  Ronald Paul Catucci

    5.  Maher Dougan

    6.  Brad A. Slagel

    7.  James K. Lowe

---

[1] The original settlement agreement signed by Plaintiffs Diane Bartholomew and Michael Sherry, original opt-in Plaintiffs Willis Pelton, Jason Slater and Mark Easterling, and Defendant Lowe's Home Centers, LLC was dated December 22, 2022.  That agreement was amended and superseded by the Amended Settlement Agreement dated January 31, 2023.

SALAS LAW FIRM, P.A.

8. Sandy Guerra

9. Jerry W. Lacey

10. Daryl L Phillips

11. Sharon L. Osborn

12. Sylvia A. Whitehouse

13. Evan Blakeny

14. Peter Nuzzo

15. John W. Osborn

16. Herman Allen Cartrette

17. Beatrice E. Smiley

18. Christopher J. Fike

19. Edwin Gillispie

20. Robert Baron

21. Matthew S. Davison

22. Franco Renzo Lucchesi

23. Gerald T. Schultz

24. Corey Herron

25. Arkadiy Petrosyan

26. Rudy E. Garcia

27. Anthony Scala

28. Larry V. Glade

29. Gary L. Frisbie

30. Karen Forbes-Johnson

31. Johnny R. Spruiell

32. Salvatore DiMartino

33. Patrick L. Miller

34. Albert Euganeo

35. Latifah N. Baker

36. Timothy Thomas Scroggy

37. Sharon Deaton

38. James R. Cox, Jr.

39. Tod Soberdash

40. Victor E. Macdonald

41. Tammy S. Pritt

42. Larry A. Flanagan, Jr.

43. Angelia M. Bolyos

44. Anthony J. Grabenstein

45. Rita Janette Vestal

46. Jay E. Hopper

47. Jose Cardenas

SALAS LAW FIRM, P.A.

48. Brent Lee Rushing

49. David D. Jones

50. Edwin C. Heicher, Jr.

51. Dennis Charles Duty

52. Genita Luckey

53. Mark Sandheinrich

54. Marcella A. Jaunzemis

55. Tulio Castellanos

56. Cynthia Litzko

57. Roxanna J. Kohler

58. Jo-Ann Fitton

59. Rodney L. Moton

60. Derrick Thomas

61. Gregory Lander

62. Walter Meeks

63. Michael T. Bartel

64. Charles Bonnell

65. Christopher McCay

66. Linda Kay Bryant

67. Ahmed Khalid

68. Kevin Pintado

69. Roderick G. Schoen

70. Matthew J. Pugliese

71. Marci E. Curtis

72. Daniel Holman

73. Frank J. Fiore

74. Robert Alan Matheny

75. Luis Colareta

76. April C. Labadie

77. Mark Ferguson

78. John R. Dyer

79. Bettye Jackson

80. Terry L. McGuire, Jr.

81. Gerry Sherman

82. Michael Charlton Glenn

83. Matthew H. Prestage

84. Robert D. Hunter

85. James Michael Moore

86. Derek Chaffins

87. John Rudyk

88. Rose A. Hicks

89. James M. Butler

90. Jimmy L. Lane

91. Claryn Kay Chapman

92. Robert P. Durso

93. Rowdy Lopez

94. Philip Luke Weaver

95. Mark J. Michalik

96. Darrell L. Davis

97. Noel Hernandez Ortiz

98. Paulette E.  Nesbit

99. Lois B. Cordell

100.    Kristina Cline

101.    Ken Turman

102.    Jerry L. Hampton

103.    Christopher Valentino

104.    Ricky D. Woosley

105.    Mark Payton

106.    Albert N. Musselman

107.    Robert N. Ravas

SALAS LAW FIRM, P.A.

108. Jamie J. Ferko

109. James A. Benson

110. Charles M. Roberts

111. Joel Barajas Flores

112. Mark Davis

113. Joe Urenda

114. Glenn A. Daniel

115. Steven A. Wiening

116. Jamie Travis Bailey

117. David Ritter

118. Beverly Williams

119. James A. Delzell

120. Donald G. Patrick

121. Michael D. Perry

122. David Poe

123. Danel Van Zyl

124. Nathan Wright Jr.

125. Jeffery L. Kincaid

126. Amanda Ault

127. Timothy John Shearer

SALAS LAW FIRM, P.A.

128.   Sean Doyel

129.   Mark Studnicki

130.   Charles A. Barone

131.   Rosalba M. Valdez

132.   Wendell Lee Lutz

133.   Robert N. Dunn

134.   Trevor J. Auld

135.   Scott R. Burton

136.   Carl A. Blackburn

137.   Jeronimo Ramirez

138.   Phillip Tidwell

139.   Robert E. Phillips, III

140.   Ricardo Gomez

141.   Timothy Landry

142.   Arthur Schmidt

143.   Timothy A. Blake

144.   Michael St. Germain

145.   Samuel Davant Ballew

146.   Anna-Marie Burns

147.   David W. Hamel, Jr.

148.  James E. Abert

149.  Rory S. Johnson

150.  Sean Edward Boylan

151.  Steven Jacobs

152.  Robert R. Smith

153.  Fei Hong Zheng

154.  Jennifer L. Gasaway

155.  Ryan S. Burkett

156.  Arnold E. Dick

157.  Erick Franco-Herrera

158.  Kathrine S. Ranstead

159.  Todd A. Hogg

160.  Blane L. Olinghouse

161.  Ronald S. Jozwiak

162.  Don Wagner

163.  Kevin L. West

164.  Mary Beth Boettner

165.  Leroy Richardson

166.  Johnnie D. Jelks

167.  Paul A. Decesare

168.   David M. Novinger

169.   David W. Borne

170.   Gary Russell

171.   Christopher Roush

172.   Philip L. Salzman

173.   Robert Joseph Boudakian, Jr.

174.   Dennis P. Kane

175.   Todd Muntean

176.   Patrick Healey

177.   Micaela Montgomery

178.   Andrew Derrick

179.   Michael Hoppel

180.   Michael J. Matthews

181.   John D.  Fengel

182.   Robert Dickey

183.   Douglas L. Saylor

184.   Semeon C. Turner

185.   Kevin Hyles

186.   Vincent J. Brackman

187.   Roxanne Rivera

188. Matthew J. Boettcher

189. Edward M. Norum, III

190. Stevie Wright

191. Fred Reed

192. Susanna L. Gallegos

193. Michael B. Marolf

194. John Njogu

195. Bonnie Driesbaugh

196. Christopher Alexander Lee

197. Tommy McGlothlin

198. Brian P. Watson

199. Jason Rahuba

200. Sauro A. Ugali

201. Charles Mark Sheets

202. Steven Hollingsworth

203. Paula Nathalie Deruyver

204. Robert F. Dutro

205. Frederick D. Ramey

206. Gary Alsup

207. Aaron Shane Ring

208.   Ivan Davis

209.   Sean P. Baker

210.   Ernest H. Bowie, III

211.   Steve Rush

212.   Maria Perez

213.   Courtenay B. Smock

214.   William Neuenfeld

215.   Robert Mason

216.   Steve Jones

217.   Kristi Wall

218.   Paul David Lindsay

219.   Louis Russell Smith, Jr.

220.   Debra Rae Bird

221.   Robert Suarez

222.   Gary Robert McKown

223.   Todd Valentine

224.   Stephanie Chelini

225.   Benjamin Mabini, Jr.

226.   Vera McCall Roundtree

227.   Cathy Clapper

228. Samer Awwad

229. Kathlene Nicholson

230. Talmage Lea

231. Elza N. Holliday

232. Mark Tardif

233. Debra Jones, as Administrator of the Estate of Wayburn Jones

234. Daniel Herzig

235. Antonio Gonzalez

236. Kenneth Konrardy

237. April Anne Rose

238. Raymond Hernandez

239. Sherman L. Felton

240. Omar Meisenbach

241. Alicia A. Sutton

242. Karen E. Gath

243. Terry L. Holder

244. Tom L. Blubaugh

245. Charles A. Schultz

246. Janet Finkbine

247. Wignsthon R. Martinez

248.  Thpmas Labotka

249.  James D. Rayha, Jr.

250.  Thomas Cason

251.  Thomas L.  Stackenwalt

252.  Jim H. Tillman

253.  Romulo Lauron

254.  James Richard Beckwith

255.  Jack F. Lamberson

256.  Michael Pogue

257.  Bradley F. McGuire

258.  Leta Jo Dunlap

259.  Jason Crane

260.  David Pilgrim

261.  Bobby J. Seal

262.  Dale Czudak

263.  William Jeffrey Stover

264.  Kenneth Earl Ferrell

265.  Timothy Steven Odonnell

266.  Valerie McGlone

267.  Byron Pierre

268. John K. Elliott

269. Daniel Rigaud

270. Barbara Magers

271. David W. Hunderman

272. Charles Herron

273. Richard B. Walter

274. Kathryn A. Burgess

275. Jeffrey Grieve

276. Kea Ong Tan

277. William Joseph Knight

278. Wayne C. Griffin

279. Teresa Bingham

280. Donald James Bukowsky

281. Kenneth L. Flinn

282. Keith Kohne

283. Cheryl Bingham

284. Miranda F. Talman

285. John P. Cilino

286. Denis C. Adkins

287. James F. Ward

SALAS LAW FIRM, P.A.

288.   Marion A. Briscoe

289.   Kerry D. Murphy

290.   Timothy Weber

291.   Larry D. Whited

292.   John C. Todavich, Jr.

293.   Joseph H. Vegoren

294.   Vincent Price

295.   Todd Young

296.   Teresa Marlene Delph

297.   Jimmie M. Rush, Jr.

298.   Nazmy Sabbagh

299.   Sylvia Cruz Perez

300.   Christopher Bradford

301.   Andrew Neri

302.   Peter G. Gallagher

303.   Don Jolin

304.   Wendy E. Adams

305.   Christopher William Ghan

306.   Gregory A. Kueck

307.   Deborah P. Voutsikakis

308.  Scott Hester

309.  Doris Jean Dabo

310.  Steven Bain

311.  Kelly T. Watts

312.  Joseph E. Wohlander

313.  Shawn Aschim

314.  Robin R. Sowers

315.  Thomas S. Durham

316.  Michael J. Hull

317.  Eric Townsend

318.  Michial James Simmons

319.  John Mcintosh

320.  Brent E. Davis

321.  Carolyn Jeanette Ellis

322.  Charles C. DeCleene

323.  Donna Whitney

324.  Porfirio Diaz, Jr.

325.  John E. Long

326.  John R. Venet

327.  Donna M. Brooks

328.   Jim Martin Alig

329.   Randy Dolan

330.   David Routh

331.   Karen Marie Jaworski

332.   Ralph Samuel Harper

333.   Ronald Dale Abernathy

334.   Randy Jack

335.   Kristina A. Ebersole

336.   Keith A Baumann

337.   Joseph Fate Thomas

338.   Gregory C. Mclean

339.   Frank W. Kampf

340.   John Alves

341.   Georgia R. Cook

342.   Lisa McCoy

343.   Dean F. Thompson

344.   Roger J. Krebsbach

345.   Jeffrey G. Covell

346.   Miguel A. Santana, Jr.

347.   Dora L. Jimenez

348.   Deborah Stoddard

349.   Anthony Morin

350.   Nancy Merritt

351.   David K. Horger

352.   Colin K. Sheets

353.   Lesmora Hook

354.   Gene Allen Robertson

355.   Darin T. Pendley

356.   John Mark Kuzio

357.   William R. Ayers

358.   Robert Godsey

359.   Erik D. Kato

360.   Michael J. Friemering

361.   Eric Alan Pratt

362.   Scott G. Nichols

363.   Richard Edward Ellsworth

364.   Derek Wadley

365.   Robin Robinson

366.   Dale Messing

367.   Jerry Kohler

368. Nancy S. Foskett

369. Jeffrey Curtis Sasse

370. John M. Barbarette

371. Randy Jones

372. James Deakins

373. Patricia E. Parrish

374. Stephen Craft

375. William L. Kennedy

376. Gary Curtis Wofford, Jr.

377. John E. Thomas, Jr.

378. Priscilla Kersey

379. Jeffrey A. Johnston

380. David Lee Coats

381. Robert J. ODonnell

382. Robert Allen Rau

383. Timothy Tittle

384. Robert L. Atkinson

385. Jeffrey Charles Duncan

386. Steven Halverson

387. Tammy Ross Neal

388. Karen S. Davis

389. Russ Edwin Odom

390. Bruce Bergeron

391. Nicholas Anthony Weller

392. Lawrence E. Markle

393. Mark Vancil

394. Michael Walrack

395. David T. Hill

396. David C. Guilbert

397. George E. Guest

398. Dawn M. Smith

399. Cynthia M. Heller

400. Christine Hawkinson

401. Janise Sheriff

402. Robert J. Middleton

403. Barbara J. Davis

404. Jerry Lee Hawkins

405. Danny Camacho

406. Arthur D. Clift

407. Joseph Stephen Nagy

408.  Jennifer Tamplin

409.  Aurelio Cuervo

410.  Lowell Johnson

411.  Charlotte S. Morris

412.  Richard Thurber

413.  James Deen

414.  Timothy McManis

415.  Roy Anthony Kabrich

416.  Darrell T. Naylor

417.  Todd A. Greene

418.  Emily McCoy

419.  Richard D. Owens

420.  Deann L. Baker

421.  Sherry L. Baysinger-Lott

422.  Susan B. Mullin

423.  James F. Galvin

424.  Eileen J. May

425.  Sonja Sookdeo

426.  Yolanda Evette King

427.  Jeffrey R. Martin

SALAS LAW FIRM, P.A.

428.  Lisa E. Payton

429.  Robert W. Kerr

430.  Edward B. Lance

431.  Mark R. Martin

432.  Jean Marie Zahar

433.  Douglas Allen Bryant

434.  Peter Rappa

435.  Glenn A. Goetz

436.  Kurt J. Koprivica

437.  Charles R. Murphree

438.  Steven S. Cain

439.  Joan Tanton

440.  Edward Gildersleeve

441.  Charles G. Gabl

442.  Mickey Anson

443.  Gordon George Prescott

444.  Christopher Gapczynski

445.  Ted W. Kimpel

446.  Paul H. Cook, Jr.

447.  Elizabeth A. Dangelo

448.   Alexander E. Mira

449.   Charles P. Pollman

450.   Leonard V. Farria

451.   John H. Feuerborn

452.   James L. Michalik

453.   John Franklin

454.   Martha V. Cathcart

455.   Warren Keith Burns

456.   Meralee Watson

457.   Mark Gruskowski

458.   Shirley A. French

459.   Deborah J. McAlister

460.   Jimmy D. Williams

461.   Susan Friedl

462.   Travis Dean Martin

463.   Russell Seaman

464.   William Michael Greene

465.   Michael Gordon Beck

466.   Lisa R. Smith

467.   Jerome E. Clampitt

468. David M. Dirksen

469. Jimelle R. Green

470. Lorne San Walls

471. Lori Jean Barrington

472. Sandra H. Chatham

473. Kevin M. Haebig

474. Jeffrey Stanley

475. Harry J. Donivan

476. Mark J. Roth

477. Peggy J. Abney

478. James Terry Jones

479. Kristopher Scott Evenson

480. Albert Brian Culverhouse

481. Thomas Duane Farris

482. James Cecil Upton

483. Kenneth J. Lee, Jr.

484. Kathy Miller Thrasher

485. Randall L. Yates, Jr.

486. Karl J. Davis

487. Thomas A. Sullivan

488.   Nancy Boyens

489.   Myron Howell

490.   Klaus Ludwig Kutnik

491.   Penny Honzik-Huempfner

492.   Bradley Allen Martin

493.   Michelle E. Everson

494.   Cheri L. Hoffer

495.   Mariano Andujar

496.   Sandra Boisvert

497.   Wendy Martin

498.   Ronald P. Fama

499.   Marcia E. English

500.   Charles Gaunt

501.   Lynell Ford

502.   Jowand Adams Gilmore

503.   Dayle L. Landry

504.   Randy Lee Williams

505.   Reinke D. Meints

506.   Gloria McNicolls

507.   Wendy Jean Hodgdon

508.   Claude J. Bourne

509.   Matthew Hackman

510.   Sonia Yvonne Foster

511.   Daisy Ding

512.   Charles D. Brown, Jr.

513.   Clarence R. Neeley

514.   Tom B. Williams

515.   Robert C. Pearce

516.   Donna L. Redman

517.   Eric D. Williamson

518.   Wanda Barrett

519.   Philip L. Weiner

520.   Lenny L. Young

521.   Alethea Dean

522.   Robert A. Trevino

523.   Cathy Ward

524.   James R. Waybright

525.   Nikki Ross

526.   Reginald Marshall

527.   Joseph Coralluzzo

528.  Linda C. Wood

529.  Donna M. Ingham

530.  John McGaugh, Jr.

531.  Ginger Gail Scott

532.  Gary Torisky

533.  Gloria F. Garrett

534.  Clay E. Johnson

535.  Mary E. Burris

536.  Jerry Daniel Renfrow

537.  Thomas Margarit

538.  Karen Hazucha

539.  Yvonne R. Hausler

540.  James O. Tilley

541.  Scott Ash

542.  Thomas W. Berry

543.  Belinda J. Porter

544.  April Scheel

545.  Anwar W. Hagge

546.  Valarie L. Tillis

547.  Maciej K. Mydlarz

548.   Linda A. Gordick

549.   Paul A. Summa

550.   Carol Miller

551.   Byron Lynn Floyd

552.   Michael D. Seidel

553.   James Allen Crosten

554.   Roger D. White

555.   Crystal L. Kmetz

556.   Robert H. Bauer

557.   Michael O'Bannon Lossiah

558.   Shawn Singleton

559.   Nunzio A. Vitale

560.   Janet M. Bracken

561.   Harry M. Burns

562.   Anthony Viernes

563.   Dwayne Lee Wilson

564.   John G. Fedora

565.   Richard L. Allen

566.   Ronald J. Schaffer

567.   Steven R. Coe

SALAS LAW FIRM, P.A.

568. Desatoria Slay

569. Garth R. Holcomb

570. Stephen L. Bell

571. Charles D. Amaker

572. Norma Barela

573. Garth F. Mathias

574. Mellany A. McElveen

575. Debra Puckett, as Administrator of the Estate of Paul Puckett

576. Mark Hansen

577. Elvia C. Smith

578. Kevin J. Coughey

579. David Fuentes

580. Jennifer E. McColgan

581. Michael G. Haun

582. Marcia Lynch

583. Enrique Reyes

584. John Amate

585. Renee G. Baucum

586. Sean Jamison

587. Jodi L. Agers

SALAS LAW FIRM, P.A.

588. John D. Thomas

589. Jerome Stonesifer

590. Michael Mansfield

591. Daniel DeGaetano

592. Fidencio Baez

593. Christopher K. Slattery

594. W. Michael Peterson

595. Warren Andrews

596. Anthony Roy

597. Paul B. Paddock

598. Aaron Ritter

599. Chester D. Lewis

600. Beverly Louise Bowers

601. Michael Moenius

602. Jennifer Andrade

603. Brad Smith

604. Kathleen A. Calder

605. Daryl A. Price

606. Larry Baker

607. Brian H. Merrills

SALAS LAW FIRM, P.A.

608. Judy A. Goggins

609. Gary Wayne Sherman

610. Theresa Davies

611. Nicholas J. Fanelli

612. Mark C. Triggs

613. Patsy Ann Coleman

614. Alan Eng

615. Amalia Ramos

616. John R. Small

617. Stephan M. Blagg

618. Larry S. Schmeer

619. Andrew L. Potempa

620. Robert Clements

621. Arthur Gregory Horan

622. Misty Faye Jackson

623. Cherie Johnston

624. Willis Louis

625. Dawn Greene

626. Cesar Roman Torres

627. Scott Meltzner

628.   Pamela De Jesus

629.   Thomas J. Coffey

630.   Larry A. Greene

631.   Jay Wilkins

632.   Thomas R. Schrad

633.   Don A. Moody

634.   David Naas

635.   Aida Vega

636.   Scott A. Potts

637.   Joseph W. Wright

638.   Benedict Singh

639.   Edwin Barry Howell

640.   Cynthia Leland

641.   Alan Wagner

642.   Mark Fletcher McKee

643.   Vernon Cook

644.   Michael Q. DuPuis

645.   Timothy A. Stewart

646.   Tonia Verone

647.   Richard R. Schaper

648.  Brian Baldwin

649.  Judy Lynn Cannady

650.  Nick Nelson Carter

651.  Marjoree L. Ayer

652.  Maow Oeung

653.  Troy Walton

654.  Nila Adams

655.  Stephen VanDerBogart

656.  Michael K. Blair

657.  Cheryl Surdam

658.  Donna Lynne Bates

659.  Charles Henry Lawrence Vidal

660.  Cesar A. Aranda

661.  Donald Richard Cheek

662.  Michael Paul Dreger

663.  Daniel E. Zelei

664.  John George Gaddis, III

665.  Jennifer Bradford

666.  John P. Caperna

667.  Gerald John Gravante

668.  Carlton Harvick

669.  William McDonald

670.  Jamal Daniels

671.  Matthew J. Smock

672.  Lisa A. Weese

673.  Monika Neumann

674.  Joseph Patrick Briggs

675.  Robert Marlow, Jr.

676.  Richard C. Bilger

677.  Denise R. Seiwert

678.  Michael John Kaspro

679.  Richard Floyd Rosen

680.  Patrick C. Murtland

681.  James K. Toston

682.  Lana Johnston

683.  Byron G. Hager

684.  Venson Brown, Jr.

685.  Ramesh Subramaniam

686.  James L. Adams

687.  Barry L. Finkenbinder

688.   Terrance Jenkins

689.   Joanne Hebert

690.   Sheila Broussard

691.   Thomas Fitzpatrick

692.   Khurshid Ahmed

693.   Timothy F. Randolph

694.   Michael C. Gervais

695.   Kathleen E. Spencer

696.   Madeline Croxdale

697.   Elizabeth Burns

698.   Deborah Muro

699.   James Whitcomb

700.   Narmin Sesar

701.   Simon Delgado

702.   Alice Pittman

703.   Camilo M. Sayo

704.   Steven Lawrence Carter

705.   Eddie Vasquez

706.   Tod Wright

707.   Calvin D. Cooley

SALAS LAW FIRM, P.A.

708. William Zdarko

709. Patricia L. Monsen

710. Phillip Fabela

711. Timothy J. Moore

712. Edward W. Tilke

713. Suzanne Marie Hollenbeck

714. William Mark Cooper

715. Michael L. Kautz

716. John S. Stubbs, Jr.

717. Chris Appleton

718. Mary L. Klukas

719. Stephen S. Hamilton

720. Paul W. Nichols

721. Malida L. Dunn

722. Robin J. Humphrey

723. Jesus Ultreras

724. Grant Badendyck

725. William E. Sparks

726. Caril Simmons

727. Matthew Sheehan

728. David Allen Anderson

729. Denise M. Songer

730. Svetlana Mills

731. Arlice E. Davis

732. Jeff D. Springer

733. Robert Hassan

734. Richard Shannon Darrow

735. Elaine Haynes

736. Robert C. Montanez

737. Thomas E. Crow

738. David B. Barragan

739. Stephen P. Marchand

740. Harvey Tepfer

741. Donald Chalmers Lyons, III

742. John Eugene Ardeno, Jr.

743. Frederick L. Johnson

744. Jeffrey Schatz

745. Nugene Bolden

746. John Gillespie

747. Sue A. Moore

748. Debra J. Hughes

749. Catherine Maddox

750. Michael P. Laitinen

751. Charles A. Berrier

752. Shirley Ann Salvini

753. Richard B. Mosteller

754. Fred R. Sommons

755. Robert Brumble

756. Wilton F. Bryan

757. Tammy L. Dale

758. Terry James Holloway

759. Keith Schlamp

760. Bret Vanos

761. Michelle S. Greenhill

762. Raymond George Asher

763. Tammy R. Looney

764. Stephen G. Snodgrass

765. Dana Joseph Dennen

766. Jane Albert

767. Donna Smith

SALAS LAW FIRM, P.A.

768. Barbara Gail Figueroa

769. Jeremy A. Young

770. Joy L. Birmingham

771. Gary Allen Calkin

772. Patricia A. Stoll

773. Patricia R. Martin

774. Charles A, Fulmer, Sr.

775. Eric Wayne Alford

776. Manar A. Abuhamdeh

777. David R. Sabel

778. Rory Lott, Sr.

779. Patricia A. Oldham

780. James H. Grice, Jr.

781. James Beeman

782. Lori Arguello

783. Ronnie L. Vega

784. Steven K. Matsushima

785. Curtis Jackson

786. Albert J. DeVito

787. John Woloshyn

788.   Wendy E. Montroy

789.   William A. Morrow

790.   James Everette Waldrop

791.   David W. Murphy

792.   Glenda Gibson

793.   Steve McCarty

794.   Cynthia A. Barnes

795.   Gregory Patrick

796.   Debra J. Ferrel

797.   Mark D. Burns

798.   Janette J. Davis

799.   Lenora Hutchinson

800.   David Leroux

801.   Jeffrey T. Dickens

802.   Nermin Soliman

803.   Gloria F. Locey

804.   Richard E. Lang

805.   Dean Hilty

806.   Steve Bacchus

807.   Alison Lomas

808. John Dillon

809. Catherine Kovac

810. Jennifer Lynch

811. Steve Kadlecik

812. James R. Glinski

813. Robin A. Brown

814. Amy B. Modzel

815. Scott Levandoski

816. Edward M. Novak, Jr. II

817. Patrick M. Murphy

818. Robert Wolfe

819. Timothy C. Torrelli, Sr.

820. Charles Allen Ivy

821. Jason Nail

822. Brian Baker

823. Craig Bowser

824. Ronald Molinaro

825. Jesus I. Contreras

826. Joanne Papineau

827. Barbara Snyder

828.  Diana Barrick

829.  William B. Fedash

830.  Anthony Joseph Perno

831.  Kevin Ruffilli

832.  Richard J. Miller

833.  Michael Anthony Smith

834.  Gerald Bouchard

835.  Brenda D. Guy

836.  Meryl Brown, Sr.

837.  Michael Smith

838.  Robert Olick

839.  James Lawrence Orr, Jr.

840.  James R. Desmond

841.  Terry L. Stevison

842.  Rosa Maria Estrada

843.  Robin D. Roe

844.  Ronald W. Lennon

845.  Talis A. Enyeart

846.  Mark M. Miller

847.  Ali Tavakoli

848. Bruce Amoroso

849. Ray Allen Henson

850. Michael R. Hargett

851. Cordie Rhea Page

852. Cynthia Glena

853. Kathleen M. Sinnott

854. Gerald V. Wilson

855. Michael D. Reidy

856. William Klapka, Jr.

857. William H. Spiess

858. Tedd Melia

859. Geraldine Parat

860. John F. Kloc

861. John W. Borders

862. Susan York Bright

863. Richard Randolph Powers

864. Kimberly S. Stonestreet

865. Michael C. Monroe

866. Michael J. Marino

867. Cheryl Ostrowski

868.   Stephen Alan White

869.   Jonathan Lee Newland

870.   Alicia Munoz

871.   Bart Eric McCarty

872.   Lisa Spuches

873.   Joanne Capone

874.   Eddie Lee Craddock

875.   William J. Reilly

876.   Stephen Liberty

877.   Beverly Ann Liscinsky

878.   Daniel C. Tetrault

879.   Dominic Goodhart

880.   Patricia Ann Hall

881.   Marvin P. Zobel

882.   Jorge R. Caceres

883.   Gary E. McElroy

884.   Bruce H. Lehman

885.   Joaquin Cortez

886.   Tim Robitaille

887.   Dannon M. Houseknecht

888.   Jose Gonzalez

889.   Sandra A. Josai

890.   Richie R. Thomas

891.   Gary W. Gibson

892.   Sarah L. Alvarado

893.   Homero Rodriguez

894.   Barbara J. Malone

895.   Barron Ray Jackson

896.   Joseph Graham

897.   Todd Hedderly

898.   Michael Richter

899.   Ethan Van Wert

900.   Monroe D. Grantham, Jr.

901.   Carlene Campbell

902.   Lamont D. Edmonds

903.   Joseph A. Vespa

904.   Sue Ellen Jensen

905.   Phillip Chrashewsky, Jr.

906.   Bradley Kent Hamner

907.   Janie Lynn Wheelock

SALAS LAW FIRM, P.A.

908. Mark A. Krahel

909. Edmund P. Chaput

910. Daniel J. Bonomo

911. Edward L. Lagrimas, Jr.

912. Bobby R. Herring

913. Tammie L. Bell

914. Gary A. Price

915. Gary Robinson

916. Brian Pabst

917. Barbara J. Baum

918. Rhonda L. West

919. Derrick E. Lively

920. Charles Joseph Rossi

921. Meghan A. Pappas

922. Carmela C. Bowyer

923. Barry A. Millay

924. Robert Harte

925. Kevin S. Dearborn

926. Mitchell Binion

927. Dorothy Ann Manning

928. Morgan J. Baker

929. Lisa Higgins

930. Iris I. Jackson

931. Gilbert R. Dempsey

932. James W. Boyle

933. William S. Marr

934. Melvin Miller

935. Daniel W. James

936. James C. Mclamb

937. Loretta Queen

938. Benjamin V. Vanmeter

939. Richard Michael Schultz

940. Allister E. Charles

941. Curtis Adam Turney

942. Danny Patterson

943. Henry A. Blanton

944. Eddie Patton

945. Dean C. Samuelson

946. James D. Cuneo

947. Joseph A. Yourkvitch

948.   Edward A. Newton, Jr.

949.   Ira Davis

950.   Charles T. Long, Jr.

951.   Arthur F. Dolin

952.   Cynthia Terrell

953.   Luis E. Perez

954.   Sankie J. Hill. Jr.

955.   Harry Joseph Tynan, Jr.

956.   Thomas M. Jacobi

957.   Lemuel T. Vaughan

958.   Steven Signy

959.   Cheryl Frank

960.   Michael Convey

961.   David A. Bjornsson

962.   Wayne Poplinski

963.   Michael J. Coyle

964.   Joseph Craig Sommerville

965.   Lynn M. Heck

966.   Gary M. Johnson

967.   William McCoy Davis, II

968.  Anthony M. DeGracia Lucas

969.  Jodie Hayman

970.  Joseph R. Crew

971.  Peter N. Jackson

972.  Elizabeth R. Hoaglin

973.  Salvatore E. Perrotti

974.  Paula Scalora

975.  Steven Samuel Siliani

976.  Ricky Gene Johnson

977.  Keith Alexander Arthur

978.  Dinah Proveaux

979.  Franklin Kuharic

980.  Wendall R. Hacker

981.  Judith Lehsten

982.  Dennis L. Harris

983.  Thomas H. Kunzen

984.  Teresa Michele Worley

985.  Shannon Smallwood

986.  Mary K. Reilly

987.  Michael E. Dumene

SALAS LAW FIRM, P.A.

988. John W. Lucy

989. Debbie L. King

990. Patsy Ann Smith

991. Richard A. Baumher

992. Florence Stewart

993. Scot K. Aaronson

994. Mary H. Childress

995. Kevin J. White

996. David A. Gresh

997. Jeffrey W. White

998. Joseph F. Spirik

999. Joel P. Lowe

1000. Robert Hoogeboom

1001. Donna Black

1002. Renelien F. Capitolin

1003. Margaret V. Brown

1004. John T. Atwood

1005. James Michael Fultz

1006. Hugh Boyd McCullough

1007. James T. Wall

1008.  Gloria J. Garrett, as Ind. Administrator of the Estate of Ernest Gordon

Garrett

1009.  Teresa Ann Hayes

1010.  Robert M. Howell, Jr.

1011.  Philip Castagna

1012.  Louise Lai

1013.  Thomas M. Cabanas

1014.  Jared Dean

1015.  Bruce W. Price

1016.  Janet L. Walker

1017.  Mary Jane Abriol

1018.  David Poole

1019.  John Wolfgang Martin

1020.  Russell Jones

1021.  Andrea W. Kelly

1022.  Dean A. Barnard

1023.  Gary Spadoni

1024.  Elaine Kyles

1025.  Daniel Setalsingh

1026.  James E. Sines

1027. Russell Sigmon

1028. Donna Frances Glasser

1029. David A Fischer

1030. Eric C. Dumm

1031. Elizabeth Hodges

1032. Robert A. Costello

1033. Jason H. Bingham

1034. Brendan M. Burns

1035. Carlos L. Olivares

1036. Terry L. Walker

1037. Terry L. Dye

1038. Ronald Beam

1039. Mike Miller

1040. Edisa Curto

1041. Robert J. Pelchat

1042. Jo-Anne Lowe

1043. David C. Metzler

1044. Stephen Dewey Quinn

1045. Joseph A. Kwitkowski

1046. Shaun Wagner

1047.  Gregory A. Kacynski

1048.  Tonja Gillespie

1049.  David Dotson

1050.  Daniel Hapke

1051.  Paul M. Doherty

1052.  David L. Tressic

1053.  Charles Stull

1054.  Edward Trusiewicz

1055.  Tavares Cohens

1056.  Renee Jackson Anderson

1057.  Lorraine Lucas-Willis

1058.  Thomas W. Gravatt

1059.  Joseph Filipiak

1060.  Michael T. Dowd

1061.  Charles P. Mitchell, Jr.

1062.  San C. Ingram

1063.  Shawn MacLeod

1064.  Wade Hampton Jenkins

1065.  Gordon L. Thoms

1066.  Jeffrey Skinner

1067.  Douglas Alan Carr

1068.  Earl Pace

1069.  Roger Allen Lee

1070.  Clarence D. Lamar, Jr.

1071.  Reid Garner Dyson

1072.  Kathryn Ann Mayr

1073.  Mary C. Crouse

1074.  Rodney B. Gaither

1075.  Ernest Alan Livingston

1076.  Brian S. Staller

1077.  James E. Murphy

1078.  Kerrie Cordero

1079.  Roy Phillips

1080.  Colleen A. Strader

1081.  Marguerite A. Oropeza

1082.  Suzanne B. Tulak

1083.  Anthony Rutkowski

1084.  Ronald K. Slagle

1085.  Arden C. Baldo

1086.  Ann Chilton

1087. John E. Harmon, Jr.

1088. Brad Costigan

1089. Tony D. Clayton

1090. Douglas D. Burnheimer

1091. Randy L. Haught

1092. Donna M. Vernon

1093. Larry P. Humm

1094. Kanghee P. Smith

1095. Andrew Ring

1096. Gary King

1097. Dawn M. Compise

1098. John Bozigar

1099. Douglas Allen Bristlin

1100. Beth Ann Jesse

1101. Glenn Jackson

1102. Ben N. Reed, Jr.

1103. Patricia A. Poole

1104. Kirsten Forsman

1105. Joseph Terry, Jr.

1106. Robert E. Brewer

1107. Marybeth Peters

1108. David S. Lynch

1109. Richard Roots

1110. Rena K. Taylor

1111. Michael A. Mongoni

1112. Debra Arrington

1113. Thomas Laxton

1114. Michael W. Smith

1115. Thomas J. Reid

1116. Alfred R. Barrett

1117. Connie Mote

1118. Mark Bombara

1119. Peter D. Miller

1120. Keith E. Leonard

1121. Justin Noone

1122. Cedric G. Roberts

1123. Carolyn Ann Gracey

1124. William H. George

1125. Albert Ernest Weiss, Jr.

1126. Shemona L. Peterson

1127.  Shirley Jean Greene

1128.  Lewis W. Skeens

1129.  Angel Roger

1130.  Michael E. Toy

1131.  Roger O'Riley

1132.  Michael Eugene Kruse

1133.  Robert W. Allen

1134.  Jimmy D. Smith, Jr.

1135.  Mary Margaret Prive

1136.  Gary Plasse

1137.  Richard M. Burk

1138.  Charlotte Folk-Milan

1139.  Joseph Walsh

1140.  Somy Ford

1141.  Richard Troy Hodson

1142.  Kimberly A. Wagoner

1143.  Deno John Constantine

1144.  Brian C. Williard

1145.  Elaine P. Parker

1146.  John Normile

1147.  Myrtlene Vega

1148.  Larry Tipton

1149.  Rosalind Duffy

1150.  Terrell A. Whitley

1151.  Gary Odell Atkins

1152.  Rich Armstrong

1153.  Charles D. Sewell

1154.  Eddie Garza

1155.  Brandy L. Thomas

1156.  Angela Goodwin

1157.  Kerry L. Grantham

1158.  Bruce Kevin Frese

1159.  Gregory David Dixon

1160.  James F. Bond, Jr.

1161.  Ricardo Del Sanchez, Jr.

1162.  Linda E. Bennett

1163.  Harold E. Leasure, Jr.

1164.  Ronald L. Hiles

1165.  Rickey Rodgers

1166.  Curtis Neil Brank

1167. Kenneth W. Ingvalson

1168. Paul D. Wicke

1169. Fred Wells, as personal representative/administrator of the Estate of

James D. Wells

1170. John Zeppuhar

1171. Donna Milbee

1172. Jo Ellen Hammell

1173. Carl W. Wick

1174. Kelly Sears Cales

1175. Anita McGlothin

1176. Shelia L. Driscoll

1177. Jason Peter Dowd

1178. Rickey D. Foreman

1179. Diana M. Santamaria

1180. Donald Davis Shepard

1181. Carla A. Williams

1182. Ian Henry Crevelle

1183. Ronald C. Nichols

1184. Kathleen A. Taylor

1185. Donald Lynn

SALAS LAW FIRM, P.A.

1186.  Dianne Walling

1187.  Wanda Allen

1188.  Thressia O'Neal Lalliss

1189.  Michael J. Higgs

1190.  Karen Marie McCoul

1191.  Steven James Bell

1192.  Angela Sams

1193.  Sheldon Currie

1194.  Diana Heffelmire

1195.  Miguel Pesantes

1196.  Ali Jabbar Watson

1197.  Keith Barry Yates

1198.  Joseph Ray Yeary, Jr.

1199.  Andrew P. Walker

1200.  Paul Owens

1201.  Paula M. Aagaard

1202.  Mary Ann Dee

1203.  Malissa D. Shattuck

1204.  David R. Botkin

1205.  Peter D. Brown

1206. Edward J. Widell

1207. Christopher Parr

1208. Anthony J. Cornacchio

1209. Monte Craig Stewart

1210. Vilma Bay

1211. Michael Stephen De Luca

1212. Rhona Sutton

1213. Bruce W. Linscott

1214. Danny L. Dambro

1215. Michael F. Morley

1216. David R. Fogle

1217. Jesus A. Rivera

1218. David D. Modglin

1219. Charles R. Pilgrim

1220. Paul E. Hess

1221. Donna M. Wilson

1222. Henry J. Cajiao

1223. Linda J. Tucker

1224. James T. Bowman

1225. Joseph T. Brownson

1226.  Richard J. Gauld

1227.  Michael Schryer

1228.  Ralph Greaig

1229.  Jack Braun

1230.  Patricia Halsey Brinegar

1231.  Joseph T. Prach

1232.  William R. Reed

1233.  Bozena Akmakjian

1234.  Eugene Stansberry

1235.  Joyce Crabtree

1236.  Don Anderson

1237.  Eulas E. London

1238.  Michael Soulages

1239.  Pamela S. Chicca

1240.  Joseph Alonso

1241.  Scott Roberts

1242.  Robert Rochelle

1243.  Bernard S. Blasko, III

1244.  Deborah J. Speck

1245.  Chris Pittman

1246. Cherri M. Anderson

1247. Sherry Snowden, Executrix of the Estate of Timothy Lee Snowden

1248. Margie N. Williams

1249. Todd M. Trylch

1250. George Hardin Johnson

1251. Robert E. Futrell

1252. Brain Welling

1253. Michael L. Bruce

1254. Ralph Powell

1255. Miguel A. Ortiz

1256. Robert D. Livingstone

1257. Ronald E. Kelley

1258. Michael J. Nasif

1259. Edward Schweinberg

1260. Mark A. Perry

1261. Michael K. Dooley

1262. Berno M. Wehmeyer

1263. Gordon Shull

1264. Debra Lynn Bolash

1265. Donald N. Wildman

SALAS LAW FIRM, P.A.

1266.  Nancy DeGree

1267.  Jason Perdue

1268.  Nancy Hill Cole

1269.  David Heighton

1270.  Douglas J. Smith

1271.  Harry E. Hiltz

1272.  Brian J. Kukuch

1273.  Pamela R. Berry

1274.  Thomas R. McKee

1275.  Sharie Beitz

1276.  Doreen S. Newman

1277.  David Lee Stallings

1278.  Jon Reichhold

1279.  Kay E. Livergood

1280.  Kenneth Falls

1281.  Steven R. Gregory

1282.  Joseph Riley Davis

1283.  Diane L. Miskell

1284.  Pat E. Lum

1285.  David Janiszewski

1286. Katrina Shavon Jackson

1287. Michael J. Cravines

1288. Katherine L. Ray

1289. Steven Michael Parrie

1290. Paula Stevenson

1291. Coleen Miller

1292. Daniel E. Bigelow

1293. Nohemi Reyes

1294. Ramon Andujar

1295. Joseph James Topor, Jr.

1296. Michael P. Casey

1297. Michael L. Gilbert

1298. Thomas Wilcox

1299. Kathleen Sorian

1300. Dianne Mask

1301. John R. Ernsberger, II

1302. Todd Douglas Wines

1303. Robin M. Knox

1304. Paul Hoppe

1305. Lisa L. Adamson

SALAS LAW FIRM, P.A.

1306.  Mary Sampson

1307.  David A. Bower

1308.  Curtis Dale Webb

1309.  Kenneth Tasior

1310.  Herbert Paul Hurdle

1311.  George Stecyna

1312.  Michael Westerman

1313.  Steve L. Shelton

1314.  John C. Mathison

1315.  Robert G. Reed, Jr.

1316.  Paul Knuth

1317.  Edwin Grassmuck

1318.  Lawrence Hess

1319.  Bob L. Bruton

1320.  Nicholas Gedetsis

1321.  Robb Kemp

1322.  Leslie Quade Teague

1323.  Michael J. Schuler

1324.  David Walker

1325.  Juilene L. Garrett

1326.  Everett Kyle

1327.  Dieter A. Bothe

1328.  Clive A. Rankine

1329.  Larry Bell

1330.  David Cronin

1331.  John R. McDuffie

1332.  Christian Engdahl

1333.  Wayne G. Bickings, II

1334.  Ricky T. Paige

1335.  Scott Curtis Wagner

1336.  Darren Schieferle

1337.  Tim Mathew

1338.  Marjorie A. Snow

1339.  Robert F. Dunn

1340.  Wallace S. Williams

1341.  Darrin Robbins

1342.  James E. Owen

1343.  Gerald W. Troha

1344.  Maria Valencia

1345.  Michael J. Stasalovich

SALAS LAW FIRM, P.A.

1346. John E. Bever

1347. Dennis J. Combs

1348. Tonya Umeika Dillard

1349. Brenda Wormley Shaw

1350. Peggy Lynne Sturm

1351. Ryan Shanley

1352. James M. Dougherty

1353. Feliciano L. Sabedra. Jr.

1354. Allan Tieu

1355. Thomas F. Morphew

1356. Gregory Mitchell

1357. Rossana Somera-Lirio

1358. Mary Simmons

1359. Brian Bowron

1360. Ernesto Rivera

1361. Norman C. Whitcomb

1362. Thomas Jeffrey Quinn-Hartley

1363. William T. Davis

1364. Joseph G. Rizzo

1365. Angie Mae Thies

1366. Sandra Seals Payne

1367. Daryal R. Romano

1368. Charles D. Reese, Jr.

1369. Alison Mogle

1370. Brett J. Johnson

1371. Tony Clayton Williams

1372. Terry L. Masten

1373. Cheryl A. Szekely

1374. Nancy A. LeBlanc

1375. Dianne Crespo

1376. Heidi M. Bowers, as Executor of the Estate of Gayle Hutcheson

1377. Timothy S. Langston

1378. Rushie Hendrix

1379. Tonya Meadors

1380. Angelene T. Kuchta

1381. Janet Yarn

1382. Douglas E. Dean

1383. Anthony C. Wakefield

1384. Valerie Francis

1385. Alan Levine

1386. Marie Elizabeth Brozak

1387. Warren Clifford Prados

1388. Jack A. Becker

1389. Ronald J. Hitchcock

1390. Pamela Lee Gerritz

1391. Pamela J. Stewart

1392. Donna Holderfield

1393. Joseph Benjamin Medlin

1394. Kelly Seigler, as representative of the Estate of William Seigler

1395. Gregory S. King

1396. David L. Roberts

1397. Timothy R. Gutierrez

1398. Ernest Trujillo

1399. Robert E. Williams

1400. Ned John Bluett

1401. David M. Cottrell

1402. John W. Newman

1403. Ronald Houck

1404. Janis Halliburton

1405. Priscilla G. Fry

1406. Marc Meyer

1407. Randall Paul Dyar

1408. Carol Swinton

1409. Billy Eugene Lewis

1410. Edward G. Higgins

1411. William E. Moss

1412. Ricky G. Morgan

1413. Thomas Stampfl

1414. Sharida Abdool

1415. Nicole L. Lambert

1416. Michelle Pullin

1417. Jeff Lambert

1418. Jon D. Sirney

1419. Michael J. Cook

1420. Ruben Segovia

1421. Kristoffer Guilbeaux

1422. Thomas A. Kimbley

1423. Steven Moffett

1424. Dennis Weadick

1425. Clinton D. McMillin

1426.  Robert W. Teneyck

1427.  Todd Hopwood

1428.  Coy M. Meador

1429.  Jason R. Schlarb

1430.  Edward J. McCarthy

1431.  Robert Edwin Robbins

1432.  Christine G. Smaldino

1433.  Joel P. Straub

1434.  Teresa A. Abernathy

1435.  Keith Schweihofer

1436.  James J. Simms

1437.  Larry Reeves

1438.  Fernando M. Cuneo

1439.  Eric Leaman

1440.  Cheryl J. Taylor

1441.  Theresa D. Williams

1442.  Robert L. Blevins

1443.  Jaret Szoke

1444.  Anton M. Olson

1445.  Tracy Martin

SALAS LAW FIRM, P.A.

1446. Nora Delgadillo

1447. Alan Thomas

1448. Kindra K. Geonetta

1449. Michael Leone

1450. Lisa A. Hildebrand

1451. Irene A. Gonzalez

1452. Thomas De Govanni

1453. Victor Todd Shepherd

1454. Thomas R. Daniels

1455. Jason Spurlock

1456. Paul M. Laritz

1457. Christopher Brabitz

1458. Michael R. Negele

1459. Jacob Pawley

1460. Christopher Osborne

1461. Stephen Curtis

1462. Sheri Lynn Charlier

1463. William Morea

1464. William C. Norman

1465. Andrew D. Randazzo

1466. Ronald Drake

1467. Scott F. Wray

1468. Andrew C. Fulcher

1469. Donna Watson

1470. Diane C. Robertson

1471. Michael J. Murphy

1472. Richard L. Atkins

1473. Marshall Taylor

1474. Mike T. Hosch

1475. Brian Samson-Botelho

1476. Kenneth Nichols

1477. Thomas S. Harvey

1478. Barry D. Garlick

1479. Diane Jean Muse

1480. Ross Michael Rutter

1481. Joe Perez

1482. Glenn T. Pagel

1483. Rarichan Joes

1484. James G. Coburn, Jr.

1485. Trieston Lyn Ellison

1486.  Stephen L. Sidoti

1487.  Jeffrey Stephens

1488.  Paul A. Miller

1489.  Marvin W. Bowling

1490.  Max A. McDonald

1491.  R. Owen Zellner

1492.  Daniel Kroll

1493.  Muhammad A. Pervaiz

1494.  Edward A. Gresch

1495.  Rob Linton

1496.  Deborah C. Root

1497.  Freeman Lee Taylor, Jr.

1498.  Fred E. Bailey

1499.  Stephen Puente, Jr.

1500.  Isaac K. Dickter

1501.  Tim Nowlin

1502.  Cherilyn Prentice

1503.  Gregory T. Scott

1504.  Wendy Hodge

1505.  Keith M. Baker

SALAS LAW FIRM, P.A.

1506. Dorothy Kilgore

1507. Tonja Payne

1508. Mellyna Patterson

1509. Mary Bleidl

1510. Richard Muckle

1511. Richard Parker

1512. William J. Varenhorst

1513. Mitchell Vanderwall

1514. Kevin K. Schneider

1515. Gerald A. White

1516. Chad Heyland

1517. Ruben Martinez

1518. Carolyn G. Lindsey

1519. Kevin Dunphy

1520. Thomas J. Ferrara

1521. Kevin J. Kern

1522. Kelly Woodrum

1523. Jimmy L. Devane

1524. Jeffrey Spiesel

1525. Cathy Lee Pepple

1526.  Daniel E. Kastrup, Jr.

1527.  Eric S. Skillings

1528.  Michelle Presley

1529.  Kenneth D. Williams

1530.  William H. Dunn

1531.  Michael P. Layden

1532.  Carol Anne Arndt

1533.  Michael T. Anderson

1534.  Rhonda Heffner

1535.  Cesar Favela Jimenez

1536.  Lori K. Wintermeyer

1537.  Randy Dooley

1538.  Dennis Bryan

1539.  Susan E. Allison

1540.  Marianne Pagel

1541.  Terry A. Hicks

1542.  William S. Jones, Jr.

1543.  Natalie Nichols

1544.  George T. Crago

1545.  Ronnie Neal Williams

SALAS LAW FIRM, P.A.

1546.  Felix Borrego, Jr.

1547.  Kimberly McCall

1548.  Karen Bopp

1549.  Dan Statema

1550.  Timothy L. Taylor

1551.  Elijah Fisher

1552.  Gerald R. Hess

1553.  John Phillip Ratzlaff

1554.  Darren McMichael

1555.  Judy Cozart

1556.  James W. Hathcock

1557.  Frank Brian Boycott

1558.  Pamela Nichol-Bills

1559.  Deborah Wetter

1560.  Anita E. Clope

1561.  Robert A. Pace

1562.  Ted Mata

1563.  Dan McHale

1564.  Elizabeth McCollum

1565.  David Mule

1566.  Shannon Papay

1567.  John C. Knoll

1568.  David Gomolka

1569.  Dale Riley Stanley

1570.  Melanie C. Byrd

1571.  Rhonda K. Starkey

1572.  Vernon D. Stange

1573.  Tom Sansoucie, Jr.

1574.  Dennis A. Woodruff

1575.  Minna Webb

1576.  Gary W. Stacey

1577.  Carey Wayne Caesar

1578.  Maria Cole

1579.  Kenny Lambert

1580.  Sandy Carter

1581.  Jason Ryan Doan

1582.  Elaine L. Zamorski

1583.  Glenn A. Au

1584.  Danny Pentecost

1585.  Theresa A. Seese

SALAS LAW FIRM, P.A.

1586.  Nicole Sias

1587.  John Wulf

1588.  Julie L. Kirby

1589.  Howard R. Sanders, Jr.

1590.  Kathleen V. Polonoli

1591.  Elizabeth K. Jenkins

1592.  Richard Hillbrant

1593.  Ray F. Kelley

1594.  Gerald D. Southard

1595.  John J. Mansfield

1596.  Wayne Petri

1597.  Mark C. Patterson

1598.  Michael H. Wilson

1599.  Barbara E. Geiser

1600.  Timothy Edmiston

1601.  Shawn Buschmann

1602.  Damodaron K. Gounder

1603.  James Fisher

1604.  Franklin J. Oravillo

1605.  Joseph Nemec

1606. Robyn D. Wright

1607. Alan D. Akers

1608. Kenneth Alton Dromgoole

1609. Robert V. Mitchell

1610. Jeannine F. Jarrell

1611. Jolene Eckhardt

1612. Glenwood D. Hunter, II

1613. Roy N. Kent, Jr.

1614. Marty W. Williams

1615. Geralyn Sauter

1616. Susan M. Gordon

1617. Jonathan H. Walker

1618. Richard James De Salvo

1619. Russell McMillan

1620. William J. Gallauresi

1621. Luis C. Mena

1622. James L. Johnson

1623. Bennie R. Mosley

1624. Richard Hrdina

1625. Donald E. Swikoski

1626.  Phillip Schnurr

1627.  Brenda Thomas

1628.  Wanda S. Quillen

1629.  Stephanie Magarrell

1630.  Robert Lee DeVogt, Jr.

1631.  Walton Rathburn

1632.  Brian D. Moore

1633.  Kirk Reineke

1634.  Mary A. Rumburg

1635.  C. Drew Hauth

1636.  Jon T. Kaszer

1637.  Michael Fallanca

1638.  Mark Rodriguez

1639.  Thomas W. Clark

1640.  Daniel R. Lewellen

1641.  Cindy Lou Nycum

1642.  Todd A. Carpenzano

1643.  Joseph W. Daley

1644.  Wayne W. Johnson

1645.  Richard Edward Doig

1646.  Irma Rojas

1647.  Ruben Reyes

1648.  Peter Adrian

1649.  Christine Diane League

1650.  Dean Tremewan

1651.  Ricky L. Qualls

1652.  Debra A. Otto

1653.  Sheila Holsapple

1654.  William G. Locke

1655.  Barbara DeSloover

1656.  Jimmy R. Swafford

1657.  Christa Sanchez

1658.  Raymond Suiter

1659.  Ronald J. Miller

1660.  Diane K. Newman

1661.  Gregory Curtis

1662.  Jeff C. Eanes

1663.  Keith A. McGee

1664.  Keith A. Eredia

1665.  Michelle Bauer

1666. Richard Gilbert

1667. Robert B. Murrey

1668. Ronald E. Bradley

1669. Suzanne O. Smith

1670. Roger Jennings Breitenfield

1671. Michael Zielonka

1672. Kimberly Rochelle

1673. Harold K. Burford, II

1674. Chad L. Berkebile

1675. Regan Lawson

1676. Joshua Williams

1677. Roy B. Dill

1678. Carey R. Mancuso

1679. Arthur Colling

1680. David Clark

1681. Terri Burket

1682. Jerry Mora

1683. Maryann Scudder

1684. Joseph Barlotta

1685. Richard Paul Keeler

1686. Sandra R. Laughlin

1687. Len Lamb

1688. Shyron McCullough

1689. Cynthia L. Santa Maria

1690. Charles W. Swinney

1691. Paul Horn

1692. Christine L. Nahm

1693. Glen P. O'Brien

1694. Daniel Cobb

1695. Byron L. Smith

1696. Janet C. Rector

1697. Rosemary Blough

1698. Ernie L. Hardin

1699. Ralph D. Stooksbury

1700. Tracy B. Stokes

1701. Patsy Darlene Prescott

1702. Patricia J. Hill

1703. Julie A. Diaz

1704. Ernest Adams

1705. Barbara Wood

SALAS LAW FIRM, P.A.

1706. Emerson Meyers

1707. Albert S. Carrera

1708. Steven W. Seible

1709. Alice Noe

1710. Don R. Carter

1711. Teresa K. Lester

1712. Perry J. Augustine

1713. Michael A. Sullivan

1714. Paula Johnston

1715. Lori Grandsard

1716. Bruce G. Reddy

1717. Wendy D. Woodward

1718. Ruth Dembowski

1719. Glenn T. Ackerman

1720. Justin L. Morrison

1721. John T. Dulka

1722. Keven Reed Edmonds

1723. Jimmy Dees

1724. Mark H. Kennard

1725. Richard J. Taylor

1726.  Janet Bromfield

1727.  Richard D. Lehmann, Jr.

1728.  Michael E. Hines

1729.  Michael Seeger

1730.  Rosanna R. Farber

1731.  Michael Steinbrunner

1732.  Nadene T. Henry

1733.  Roy C. Graham

1734.  Jose Rodriguez, Jr.

1735.  Glenn Noordhof

1736.  Jose M. Pavao

1737.  Robert D. Buglio, Jr.

1738.  Edmond Thompson

1739.  Christine M. Young

1740.  Sunil Sukla

1741.  Kristin Bost

1742.  Maria T. Duran

1743.  David E. Morefield

1744.  Carmen White

1745.  Samuel L. Bustos

1746. Tina Crowder

1747. Wilma Almond Burleson

1748. Irene Ali

1749. Sylvie Warren

1750. Tammy Condron

1751. James R. Costa

1752. Glenn Davis

1753. Gary Torcaso

1754. Renee S. Graybiel

1755. Luis Rivera

1756. Jesse Ramirez

1757. Angela O'Shea-Duke

1758. Lisa McGurn

1759. Cassius Shearer

1760. Sylviane Brown

1761. Josette Guidry

1762. Kenny Smith

1763. Latosha D. Artis

1764. Eric A. Olson

1765. Patrick S. Magera

SALAS LAW FIRM, P.A.

1766. Scott M. Lonsway

1767. Edward A. Hess

1768. Darrell W. Holland

1769. Tanya M. Solima

1770. Mark E. Byrd

1771. Angela Denise Scott

1772. Ricardo Chinchilla

1773. John Steven Buckner

1774. Chris Alan Pore, II

1775. Kevin R. Julio-Kuthan

1776. Carl Prevost, Jr.

1777. Tammy L. Kirk

1778. Suzanne Brimhall

1779. Lisa D. Frech

1780. Alfreda B. Jenkins

1781. Mark Belloni

1782. James F. Kehoe, II

1783. Charles Robert Rowland

1784. Cindy Hebert

1785. Mark R. Brooks

SALAS LAW FIRM, P.A.

1786. Nicole Bissegger

1787. Leticia Garfield

1788. James Trent

1789. Cliff T. Hopper

1790. Yolanda Novicelli

1791. Susan L. Weishaar

1792. Mary Ann Clark

1793. Lauri Haskins

1794. Chad McDonald

1795. Dennis M. Lenert

1796. Mark Budzilowski

1797. Angela G. Wheeler

1798. Richard Burns

1799. Lynn Andrew

1800. Thomas J. Stiener

1801. Brian R. Baker

1802. Benjamin L. Fox

1803. Tracy F. Parris

1804. Debra L. Black

1805. Linda Helen Pfeifer

1806.  Timothy D. Coursey

1807.  Hubert H. Gibbs

1808.  Karen L. Miller

1809.  Gary J. Traylor

1810.  Monique Nicholas

1811.  Fred L. Cooperman

1812.  Linda Diane Wolfe

1813.  James Begley

1814.  Christopher A. Maucher

1815.  Gary Casparro

1816.  Thomas James Keyes

1817.  William S. Juillerat

1818.  Kent L. Hockett

1819.  Benjamin D. Eliser

1820.  Noyes Gaylord Husk, III

1821.  James Pollock

1822.  Virginia J. Wrbanich

1823.  Katrina D. Lloyd

1824.  Lloyd N. Koerner

1825.  Suzanne Sealy

1826. Ricardo Fuentes

1827. Christian Thomas Bright

1828. Victor Morales

1829. Joy M. Rivers

1830. Dianna Bess

1831. James L. Johnson

1832. Kereene Besler

1833. Deborah A. Gray

1834. George W. Schlegel, Jr.

1835. Robert L. Kamp

1836. Christina Davis

1837. David C. Archambeau

1838. Christian A. Soto-Castillo

1839. Susan K. Graft

1840. Michael Wright

1841. Timothy McDonald

1842. Don M. Smith

1843. Charles A. Hazelwood

1844. Stephen J. Bauer

1845. Amanda Greene

1846. Shannon Dale Reeves

1847. Nancy Correll

1848. Harold K. Stone

1849. Ronald R. Crews

1850. Tina R. Young

1851. William G. Lepore

1852. Ronald C. Surplus

1853. Herman E. Jackson

1854. Anne C. Myers

1855. Candace Watson

1856. Ronald G. Bussey

1857. Troy M. Goodlow

1858. Kristine J. Guess

1859. Carla A. Carter

1860. Benjamin J. Hager

1861. Adam Burgos

1862. Ric J. Mruk

1863. Todd Wright

1864. Robyn L. Gnagy

1865. Larry Steven Henderson

1866.  Kathryn Northrup

1867.  Mona E. Fussell

1868.  Andy Campos

1869.  Jesse James Sheppard

1870.  David L. Reinach

1871.  Cynthia S. Sipe

1872.  Margaret M. Reynolds

1873.  Scott L. Christensen

1874.  William T. Griva

1875.  Steven Bright

1876.  Armando Toussaint

1877.  Brenda DeSalvo

1878.  Mark C. Mains

1879.  Jonathan W. Lloyd

1880.  Thomas Hilliard

1881.  Mark Rebscher

1882.  Wyatt Hoehn

1883.  Susan Matthews

1884.  Robert J. Stegenga

1885.  Lisa Ann Furbee

1886.  Dan Hough

1887.  Alexander Garcia

1888.  Kim Elaine Moore

1889.  Shirley J. Thompson

1890.  Jorge Ochoa

1891.  Brandon Moody

1892.  Jerry Knight

1893.  Grazyna M. Koslinski

1894.  Canary Y. Knight

1895.  Don Porteous

1896.  Richard K. Bush

1897.  Jose Aguilar

1898.  Tammy Medley

1899.  John V. Cafazo

1900.  Lori Jane Jernigan

1901.  Vicki L. Brown

1902.  Kevin M. Klinedinst

1903.  Kewan Eady

1904.  David Collins

1905.  Joseph Stegmeyer

1906. Miguel Eiras Couso

1907. Michael E. Mumma

1908. Mehdi Nouioui

1909. Gregory Brown

1910. Vera Cheek

1911. Arthur Himmelfarb

1912. Kevin Kuebler

1913. Angela Simanek

1914. Jason U. Ford

1915. Misty White

1916. Jamie Robinson

1917. Tresean Maxwell

1918. Paul Clugston

1919. Michael R. Mayo

1920. Robert Kaine

1921. Raymond S. Krajewski

1922. James G. Jones

1923. Kathleen Louise White

1924. Kiara Balfanz

1925. Melvin E. Hyatt

SALAS LAW FIRM, P.A.

1926.  Robert Schmoekel, Jr.

1927.  Edmund Marcucci

1928.  William J. Rogers

1929.  Cindy Tallman

1930.  Deborah Mares

1931.  Vickie Palazzo, as representative of the Estate of Victor Palazzo

1932.  Darren Dailey

1933.  Paul L. Tannacito

1934.  Bobby Johnson

1935.  Sean Bahri

1936.  Connie Kraemer

1937.  David P. Savilisky

1938.  E. Michael Leonard

1939.  George Mason, Jr.

1940.  Natalie A. Welsh

1941.  Michael A. Lindenberger

1942.  Kenneth W. Jagge

1943.  William Grimes

1944.  Simeon Smith

1945.  Javier Martinez

1946.  Charles L. Hopkins

1947.  John S. Carroll

1948.  Joseph William Harris

1949.  Arthur Butts

1950.  James Wig

1951.  Robert L. Allen

1952.  Clara Burke

1953.  John A. Wade

1954.  David Blackston

1955.  Warren Gann

1956.  Susan J. Waters

1957.  Robin K. Sands

1958.  Burnadine K. Frakes

1959.  Lucy Bustos

1960.  Harriet Cleckley

1961.  David B. Reeves

1962.  Leon Chad Perkins

1963.  Christopher D. Pfalzgraf

1964.  Peter J. Buffo

1965.  Sharon L. Paul

SALAS LAW FIRM, P.A.

1966. Daniel A. Clark, Jr.

1967. Sherry Boney

1968. Roger Dale Evans

1969. Lynne Black Wall

1970. Mark Bartkowiak

1971. Patricia A. Crouch

1972. Wanda Cooper

1973. James Lenahan

1974. Willie Thompson

1975. Marc L. Tweedy

1976. Grant Liscum-Moore

1977. Mark Daulton

1978. Marianne Y. Hynes

1979. Ronald Creekmore

1980. Terry Bennett

1981. William S. Cameron

1982. J. Gregory Butt

1983. Abdul H. Chaudhry

1984. David Griffiths

1985. William Holt

1986.  Gary P. Cockrell

1987.  Edward G. Gay, V

1988.  Janet S. Smith

1989.  Mark Mabry

1990.  Jeffrey Brent Wright

1991.  Jonathan Schaeffer

1992.  Dennis Hollenbeck

1993.  Gregory L. Peck

1994.  Julio Garza

1995.  Lisa Cole

1996.  Sabrina Lilley

1997.  Teri L. Rutter

1998.  Jennifer L. Nolan

1999.  Bushong L. Peake

2000.  James A. Massetti

2001.  Marvin E. Branch

2002.  Karen J. Clark

2003.  Thomas C. Strona

2004.  Richard Higgins

2005.  James J. Frasure

2006. Kathy Ann Jolly

2007. William P. Rush

2008. Tracie L. Waters

2009. Eric W. Beardsley

2010. Edward M. Cooperman

2011. Freddie Lee Price

2012. Bryon W. Duncan

2013. Jeramy Hedlund

2014. Trinda Dee Espinosa

2015. Maria Fatima Rudnisky

2016. Danny Sutton

2017. Danielle Fagundes

2018. James Douglas Milton

2019. Lisbeth L Pulcini

2020. William S. Ramsey

2021. James Alvin Johnson

2022. Scott Easterbrook

2023. Joshua Salinas

2024. Gerard L. Santo

2025. John Musgrove

2026. Patrick Momyer

2027. Roger F Yeager, Jr.

2028. Marlene Glenn

2029. Sandra M. Cooper

2030. Diana Francis

2031. Mitchell B. Lyons

2032. Regina R. Huang

2033. Daniel S. Reed

2034. William T. Phillips

2035. Jean M. Benge

2036. David L. West

2037. Bert Joseph Bonini

2038. Ruby Lartey

2039. Rose Ann Fetchin

2040. David Jones

2041. Jody L. LaCava

2042. Kenneth M. Schmidt

2043. Marco A. Vazquez

2044. Judy M. Clark

2045. Michael A. Archey

2046.  Imogene L. Ewing

2047.  Andreana K. Levins

2048.  Larry Neill

2049.  Catherine E. McCarthy

2050.  Daniel W. Richardson

2051.  Michael J. Zimmer

2052.  Christina Goins

2053.  Frank J. Schwaiger

2054.  Michael Thomas Brown

2055.  Teresa E. Poston

2056.  Joseph Cisneros

2057.  Victoria Mancillas

2058.  Will Redmond

2059.  Rhiannan Hays

2060.  Arthur J. Thompson

2061.  Timothy J. Childs

2062.  Holly L. Hayden

2063.  Brenda Sue Hale

2064.  Ronald L. Gay

2065.  Richard D. Scudier

2066.  Julia P. Barnes

2067.  Jennifer S. Clark

2068.  Kenneth R. Hodge

2069.  Kenneth P. Gras

2070.  Anthony H. Lamb, Sr.

2071.  Clarence F. Horton

2072.  Robert W. Drewry

2073.  Victor W. Kent

2074.  Richard Alan Perkins

2075.  Caroline V. Schopac

2076.  Lisa R. Wander

2077.  Tyra S. Horn

2078.  Todd M. English

2079.  Darcie McMaken

2080.  Thad C. Magill

2081.  Vance E. Conner

2082.  Dean B. Hulcher

2083.  Donald L. Crosby

2084.  Theresa A. Borhauer

2085.  Robert E. Alderson

2086. Sarah S. McMillan

2087. William B. Hutto

2088. William R. Garland

2089. Shawn M. Mikulicz

2090. Allen Atkinson

2091. Robert Patrick Santoro, Jr.

2092. Ruth L. Aragona

2093. Oswaldo Rodriguez

2094. Lisa G. Doty

2095. Steven R. Jackson

2096. Glen R. Schlentz

2097. Carol Fabian

2098. Susan Kay Vnuk

2099. Christopher P. Johnson

2100. Ruben Vazquez

2101. Wendy H Romanyszyn

2102. Raulin Gracia

2103. Jacqueline H. May

2104. Larry D. Campbell

2105. Brynn Wayne Ostin

2106. Rodolphe Lallier

2107. Robert Robertson

2108. Rick Lehnen

2109. Clifton H. Noblitt

2110. Steven Biancamano

2111. Mark H. Whitcomb

2112. Alan Hans Becker

2113. Heather E. Kaino

2114. Niesha Robinson

2115. Diedre Ann Mcfarlane

2116. Michelle Fugate

2117. Robert Lee Camp, Jr.

2118. Kirk D. Eischen

2119. Sarah R. Hall

2120. James William Temple

2121. Anthony W. Mitchell

2122. Gary W. Childers

2123. Robert G. Lebas

2124. James H. Bean, Jr.

2125. Raymond J. Shannon

2126.  Dennis E. Rousset

2127.  Chatrapathi Gosine

2128.  Michael E. Llanes

2129.  Mark Geffert

2130.  Kim Lewis

2131.  Javed Ahmed

2132.  Peter Neale

2133.  Leroy S. Whitmire

2134.  Christopher F. Stein

2135.  Michael J. Herman

2136.  Thomas Beaver

2137.  Brandon Goosey

2138.  Roberto J. Uribe

2139.  Buddy Bradley Corris

2140.  Jeannie Enzinna

2141.  Kari H. Bruseth

2142.  Irving D. Veley

2143.  Norman Herrington

2144.  Margaret E. Flores

2145.  Paul Sweeney

2146.  Josiah Reed

2147.  Enrique Estrada

2148.  David James Tanner

2149.  Nancy Lambert

### Other Persons Attempting To Opt-In (Nos. 2150 to 2197)[2]

### Opt-In Names Previously On Above List

On April 15 and 29, 2022, the following six (6) persons were added to the updated list as timely. (Docs. 134, 135). They are timely; however, they appeared twice on these filings. ((1) Nos. 564 and 657, John G. Fedora); ((2) Nos. 240 and 866, Sherman Lee Fulton); ((3) Nos. 303 and 938, Peter G. Gallagher); ((4) Nos. 338 and 939, Joseph Fate Thomas); ((5) No. 593 and 942, Fidencio Baez); and ((6) Nos. 586 and 1890 Renee Baucum). The duplicate entries are removed from the above list.

On May 27, 2022, the following person was also added to the updated list as timely. (Doc. 148, No. 1968). He is timely, however, on October 14, 2022, Simpluris received an email from this person opting-out of the collective action. (Ex. 1).

John Passamano[3]

---

[2] Of note, Exhibit 1 hereto is all paperwork received from Simpluris for all opt-ins not previously filed with the Court. (*i.e.* Mr. Passamano's email; and Nos. 2158, 2159, 2186-2197). Also, these persons are grouped by categories aimed at clarifying the unique issues. All persons listed are confirmed by Simpluris to be eligible members of the collective action.

[3] Per Mr. Passamano's request, he is removed from the final list and will not receive a notice of settlement.

SALAS LAW FIRM, P.A.

On May 27, 2022, the following eight (8) persons were added to the updated list as timely. (Doc. 148). The date of each person's signature on their opt-in form is before April 30, 2022; however, the forms were received by Simpluris after the deadline, as noted below. The format of the below information is: Name (Person's No. in Doc. 148; Signed Date; Post Marked Date, Simpluris Received Date).

2150. Shawn J. Feid (No. 2013; Apr. 15, 2022; May 1, 2022; May 1, 2022)

2151. Alan R. Spangenburg (No. 2019; Apr. 19, 2022; May 3, 2022; May 7, 2022)

2152. Kathy Maddigan (No. 2020; Apr. 11, 2022; May 3, 2022; May 6, 2022)

2153. Raymond Beland (No. 2021; Mar. 19, 2022; May 3, 2022; May 6, 2022)

2154. Donald Holecko (No. 2022; Mar. 29, 2022; May 4, 2022; May 7, 2022)

2155. Margaret A. Ross (No. 2023; Apr. 6, 2022; May 9, 2022; May 12, 2022)

2156. Stephen Taylor (No. 2024; Mar. 26, 2022; May 9, 2022; May 12, 2022)

2157. John Brady (No. 2025; Apr. 10, 2022; May 9, 2022; May 12, 2022)

**Opt-In Names Not Previously On Above List**

On February 14, 2022, the following person timely returned an opt-in form, completed in part; however, the person did not sign. (Ex. 1).

2158. Pamela Lehman (Received by Simpluris On Feb. 14, 2022)

Also on February 14, 2022, the following person returned an email stating that they consented to opt-in; however, the person did not provide any opt-in form. (Ex. 1).

2159. Carol A. Villarreal (Received by Simpluris On Feb. 14, 2022)

On June 3, 17, and 27, 2022, some of the following persons were added to the updated list as not timely. (Docs. 150, 152, 154). After these filings, Simpluris received additional opt-in forms and those persons are also reflected below. The format of the below information is: Name (Signed Date; Simpluris Post Marked Date, Simpluris Received Date) (Unless Otherwise Stated).

2160. Alan S. De Vries (May 2, 2022; May 3, 2022; May 5, 2022)

2161. Mary Catherine Sain (May 6, 2022; May 6, 2022; May 6, 2022)

2162. Araceli Mondragon (May 9, 2022; May 9, 2022; May 9, 2022)

2163. Mellisa K. Collins (May 2, 2022; May 3, 2022; May 5, 2022)

2164. James F. Holmes (May 11, 2022; May 11, 2022; May 11, 2022)

2165. Deborah J. Parks (May 1, 2022; May 2, 2022; May 7, 2022)

2166. Robert Blackburn (May 1, 2022; May 5, 2022; May 9, 2022)

2167. Cynthia L Pennington (May 8, 2022; May 9, 2022; May 12, 2022)

2168. Tommy Dale White (Feb. 22, 2022; May 9, 2022; May 12, 2022)

2169. Anthony F. Klusas (May 10, 2022; May 11, 2022; May 14, 2022)

2170. Roderick Coachman (Apr. 15, 2022; May 13, 2022; May 16, 2022)

2171. Monique Nicole Stepter (Mar. 12, 2022; May 12, 2022; May 16, 2022)

2172. James R. Colaric (May 10, 2022; May 11, 2022; May 16, 2022)

2173. Michael P. Moore (May 10, 2022; May 11, 2022; May 16, 2022)

2174. Michael J. Odenbrett (May 14, 2022; May 16, 2022; May 18, 2022)

2175. Maricela Prado (Mar. 5, 2022; May 20, 2022; May 23, 2022)

2176. Trinity Justice (May 18, 2022; May 20, 2022; May 23, 2022)

2177. Alvin A. Post, Jr. (May 7, 2022; May 24, 2022; May 27, 2022)

2178. Randy Walker (No Date Provided; May 31, 2022; May 31, 2022)

2179. Paul Decoster (Feb. 27, 2022; May 31, 2022; June 3, 2022)

2180. Linda M. Wieder (May 25, 2022; June 1, 2022; June 4, 2022)

2181. Russell Green (June 2, 2022; June 3, 2022; June 9, 2022)

2182. Terry Warner (June 4, 2022; June 7, 2022; June 13, 2022)

2183. Patrick Harvey Smith (June 11, 2022; June 13, 2022; June 15, 2022)

2184. Brad Belmonte (June 17, 2022; sent form to Salas Law Firm) (Doc. 152)

2185. Sheila Ann Flake (Apr. 10, 2022; June 13, 2022; June 17, 2022)

2186. Marianne Canale (May 12, 2022; July 1, 2022; July 7, 2022)

2187. Jerry Barrick (Mar. 16, 2022; July 14, 2022; July 14, 2022)

2188. Luz De La Torre (Mar. 1, 2022; July 31, 2022; July 31, 2022)

2189. Dawn Buss (Apr. 2, 2022; July 26, 2022; July 29, 2022)

2190. Timothy Dunham (Feb. 23, 2022; Aug. 11, 2022; Aug. 13, 2022)

2191.  Christy Nadeau (Aug. 17, 2022; Aug. 18, 2022; Aug. 18, 2022)

2192.  Alicia Luna (Jan. 3, 2022; Aug. 24, 2022; Aug. 24, 2022)

2193.  Paul Denney, Jr. (Aug. 18, 2022; Aug. 19, 2022; Aug. 20, 2022)

2194.  Carl Thrasher (July 20, 2022; Aug. 19, 2022; Aug. 22, 2022)

2195.  Brad Weeks (June 15, 2022; Aug. 24, 2022; Aug. 27, 2022)

2196.  Amanda L. Dunn (Sept. 25, 2022; Sept. 25, 2022; Sept. 25, 2022)

2197.  Siak-Ling Pitts (Sept. 28, 2022; Oct. 3, 2022; Oct. 6, 2022)

# EXHIBIT 1
# TO EXHIBIT A

**Antonio Moreno**

| | |
|---|---|
| **From:** | John Passamano ████████████████ |
| **Sent:** | Friday, October 14, 2022 10:44 AM |
| **To:** | Simpluris Case Support |
| **Subject:** | Opt out |

My name is John Passamano
I'm writing in reference to this case Bartholomew v Lowe's case # 40 and I wish to be
OPTED OUT Thank you very much.
regards
John

1

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated,       )   NO.: 2:19-cv-00695-JLB-MRM
                                                       )
        Plaintiffs,                                    )
                                                       )   PLAINTIFF CONSENT FORM
v.                                                     )
                                                       )
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,                 )
                                                       )
        Defendant.                                     )

## CONSENT TO JOIN

I, Pamela Adriana Lehman _____ [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _____
Printed Name: _____
Date Signed: _____

My address and other relevant information are as follows:

Name:    Pamela Adriana Lehman
Address: ████████████████████████████
         ─ ██████████████████████
         _____

Home/Cell Telephone: ████████
Personal Email Address: ████████████████
Date of Birth: ████████

Employed by Lowe's:    From Nov 7,2005    To PRESENT
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member**: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*

**Timothy Michael**

| | |
|---|---|
| **From:** | Carol A. Villarreal ████████████ |
| **Sent:** | Monday, February 14, 2022 10:37 PM |
| **To:** | LowesAllowanceLawsuit |
| **Subject:** | CASE NO.: 2:19-cv-00695-JLB-MRM |
| **Attachments:** | Lowes Lawsuit 2022.jpg |

This is my concent to be in this lawsuit.
Carol A Villarreal

**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf of themselves and all others similarly situated, | ) ) ) | **NO.: 2:19-cv-00695-JLB-MRM** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **PLAINTIFF CONSENT FORM** |
| LOWE'S HOME CENTERS, LLC d/b/a LOWE'S, | ) ) ) | |
| Defendant. | ) | |

**CONSENT TO JOIN**

I, **MARIANNE CANALE** [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

**Signature:** *Marianne Canale*

**Printed Name:** MARIANNE CANALE

**Date Signed:** 6-30-22

My address and other relevant information are as follows:

**Name:** MARIANNE CANALE

**Address:** ████████████████████████

**Home/Cell Telephone:** ████████████████

**Personal Email Address:** ████████████████

**Date of Birth:** ████████████

Employed by Lowe's:     **From** 4-16-09 **To** PRESENT
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member:** _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*

AA14769BB140113CC16292083DD28147611

SIMID 5462

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

HARTFORD CT 060

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO 47    COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

Bartholomew et. al v. Lowe's
PO BOX 26170
SANTA ANA CA 92799-9834

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated, )   NO.: 2:19-cv-00695-JLB-MRM
)
    Plaintiffs, )
)   **PLAINTIFF CONSENT FORM**
v. )
)
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S, )
)
    Defendant. )

## CONSENT TO JOIN

I, JERRY WILLIAM BARRICK [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq*. ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _____

Printed Name: JERRY W BARRICK

Date Signed: 16 MAR 22

My address and other relevant information are as follows:

Name: JERRY BARRICK

Address: ████████████████████████

 

Home/Cell Telephone: ████████████████

Personal Email Address: ████████████████

Date of Birth: ████████████

Employed by Lowe's:   From 2005   To STILL EMPLOYED
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member**: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ____ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*


AA414769BB140113CC16292578DD28148106

SIMID 3985

## Nestor Diaz

| | |
|---|---|
| **From:** | Jerry Barrick ███████████████ |
| **Sent:** | Thursday, July 14, 2022 8:29 AM |
| **To:** | Simpluris Case Support |
| **Subject:** | Late consent form |
| **Attachments:** | We sent you safe versions of your files; Consent to Join Class Action Complaint NO.219-cv-00695-JLB-MRM.pdf |

---

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

---

To whom it may concern I'm hoping you can please allow me to still join the class action suit I emailed this originally on April 23rd but unbeknownst to me I put the email in wrong and it went to my undeliverable folder.

Sent from Yahoo Mail on Android

**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated, ) NO.: 2:19-cv-00695-JLB-MRM
)
    Plaintiffs, )
) **PLAINTIFF CONSENT FORM**
v. )
)
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S, )
)
    Defendant. )

### CONSENT TO JOIN

I, _Luz E. De La Torre_ [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _[signature]_

Printed Name: _Luz De La Torre_

Date Signed: _3/1/2022_

My address and other relevant information are as follows:

Name: _Luz De La Torre_

Address: _[redacted]_

Home/Cell Telephone: _[redacted]_

Personal Email Address: _[redacted]_

Date of Birth: _[redacted]_

Employed by Lowe's:    From _Sep 2003_ To _Present_
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member**: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*


AA414769BB140113CC16285450DD28140978

Page 1 of 1
CONSENT TO JOIN

SIMID 4980

## Antonio Moreno

| | |
|---|---|
| **From:** | Luz DeLaTorre ████████████████ |
| **Sent:** | Sunday, July 31, 2022 10:41 PM |
| **To:** | LowesAllowanceLawsuit |
| **Subject:** | Consent to join |
| **Attachments:** | We sent you safe versions of your files; attachment 1.pdf; ATT00001.txt |

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated,    )    NO.: 2:19-cv-00695-JLB-M...  3 7 4 6 8
                                                     )
        Plaintiffs,                                  )
                                                     )    PLAINTIFF CONSENT FORM
v.                                                   )
                                                     )
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,               )
                                                     )
        Defendant.                                   )

## CONSENT TO JOIN

I, __Dawn Lynn Buss__ [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: __Dawn Buss__

Printed Name: __Dawn Buss__

Date Signed: __04-02-22__

My address and other relevant information are as follows:

Name: __Dawn Buss__

Address: ███████████████████

███████████████████

Home/Cell Telephone: ███████████

Personal Email Address ███████████████

Date of Birth: ███████████

Employed by Lowe's:   From __12/04/2004__ To __01-28-2022__
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member**: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*


AA14769BB140113CC16291982DD28147510

SIMID  2227

GRAND RAPIDS MI 493

26 JUL 2022 PM 2 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 47     COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Bartholomew et. al v. Lowe's**
**PO BOX 26170**
**SANTA ANA CA 92799-9834**



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated, )
                                     )   **NO.: 2:19-cv-00**    **3 9 4 5 5**
                                     )
     **Plaintiffs,**                   )
                                     )   **PLAINTIFF CONSENT FORM**
**v.**                                     )
                                     )
**LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,**   )
                                     )
     **Defendant.**                   )

## CONSENT TO JOIN

I, _TIMOTHY DUNHAM_ *[please provide legibly your full name]* hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _Timothy Dunham_
Printed Name: _TIMOTHY DUNHAM_
Date Signed: _02-23-2022_

My address and other relevant information are as follows:

Name: _TIMOTHY DUNHAM_
Address: ███████████████████
████████████████

Home/Cell Telephone: ███████████
Personal Email Address: ████████████████
Date of Birth: ███████████

Employed by Lowe's:   **From** _06-2007_ **To** _08-2021_
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member**: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ____ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*


AA414769BB140113CC16290089DD28145617

SIMID 8649

LOUISVILLE KY 400

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO 47     COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Bartholomew et. al v. Lowe's**
**PO BOX 26170**
**SANTA ANA CA 92799-9834**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



### THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated, )
                   )  **NO.: 2:19-cv-00695-JLB-MRM**
   Plaintiffs,           )
                   )  **PLAINTIFF CONSENT FORM**
v.                   )
                   )
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,  )
                   )
   Defendant.          )

### CONSENT TO JOIN

I, **Christy Nadeau** *[please provide legibly your full name]* hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _Christy Nadeau_

Printed Name: _Christy Nadeau_

Date Signed: _8/17/22_

My address and other relevant information are as follows:

Name: _Christy Nadeau_

Address: ██████████████████████

Home/Cell Telephone: ██████████

Personal Email Address: ████████████████████

Date of Birth: ████████

Employed by Lowe's:  From _9/26/2006_ To _Present_

If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member:** _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ____ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*


AA1147E9BB140113CC16293436DD28148964

SIMID 4704

08/18/2022 11:03AM (GMT-04:00)

**Antonio Moreno**

| | |
|---|---|
| **From:** | FAXCOM Anywhere <fax@faxcomanywhere.com> |
| **Sent:** | Thursday, August 18, 2022 8:04 AM |
| **To:** | Admin App Fax |
| **Subject:** | Received Fax From: 17634882010 |
| **Attachments:** | We sent you safe versions of your files; FAX.pdf |

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

-------Fax Reception Report-------

Received Time: 08/18/22 11:02
Result: All pages received OK
Pages Received: 001
Remote TSI: 40026274955
Caller ID: 17634882010

The received fax is included as an attachment in this email message.

Thank you for choosing FAXCOM Anywhere as your fax provider.
https://www.faxcomanywhere.com/

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated, )
                                      )    NO.: 2:19-cv-00695-JLB-MRM
                                        )
        Plaintiffs, )
                                          )    PLAINTIFF CONSENT FORM
v. )
                                          )
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S, )
                                          )
        Defendant. )

### CONSENT TO JOIN

I, _Alicia Luna_ [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _____

Printed Name: _____Alicia Luna_____

Date Signed: _____01-3-22_____

My address and other relevant information are as follows:

Name: _____

Address: _____

_____

_____

Home/Cell Telephone: ████████████████████

Personal Email Address: ████████████████████

Date of Birth: ████████████████

Employed by Lowe's:    **From** _8-2001_ **To** _8-22_
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member:** _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*

AA4147690B140113CC16287715DD28143243                                                          SIMID  6300

**Antonio Moreno**

| | |
|---|---|
| **From:** | DoNotReply@lowes.com |
| **Sent:** | Wednesday, August 24, 2022 1:44 PM |
| **To:** | LowesAllowanceLawsuit |
| **Subject:** | Important Document(s) from Lowe's |
| **Attachments:** | We sent you safe versions of your files; |
| | Scanned_from_a_Lexmark_Multifunction_Product08-24-2022-134340.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Thank you for choosing Lowe's for your home improvement needs. Attached to this email are one or more important documents from your recent visit to Lowe's. After reviewing the document(s), please contact your local Lowe's store for next steps.

If you have any questions, please contact Lowe's Customer Care at 1-800-44-LOWES or visit www.Lowes.com.

Please do not reply to this e-mail; this account is not monitored.

NOTICE: All information in and attached to the e-mails below may be proprietary, confidential, privileged and otherwise protected from improper or erroneous disclosure. If you are not the sender's intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this message. If you have erroneously received this communication, please notify the sender immediately by phone (704-758-1000) or by e-mail and destroy all copies of this message electronic, paper, or otherwise. By transmitting documents via this email: Users, Customers, Suppliers and Vendors collectively acknowledge and agree the transmittal of information via email is voluntary, is offered as a convenience, and is not a secured method of communication; Not to transmit any payment information E.G. credit card, debit card, checking account, wire transfer information, passwords, or sensitive and personal information E.G. Driver's license, DOB, social security, or any other information the user wishes to remain confidential; To transmit only non-confidential information such as plans, pictures and drawings and to assume all risk and liability for and indemnify Lowe's from any claims, losses or damages that may arise from the transmittal of documents or including non-confidential information in the body of an email transmittal. Thank you.



## THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORID.
### FORT MYERS DIVISION

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated, )
                                              )    NO.: 2:19-cv-00695-JLB-MRM
                                              )
       **Plaintiffs,**                        )
                                              )    **PLAINTIFF CONSENT FORM**
**v.**                                         )
                                            )
**LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,**   )
                                            )
       **Defendant.**                       )

### CONSENT TO JOIN

I, _Paul E. Denney Jr_____ [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _____

Printed Name: _Paul E. Denney Jr_____

Date Signed: _08/19/2022_____

My address and other relevant information are as follows:

Name: _Paul E. Denney Jr_____

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Home/Cell Telephone: ▮▮▮▮▮▮▮▮▮▮

Personal Email Address: ▮▮▮▮▮▮▮▮▮▮▮

Date of Birth: ▮▮▮▮▮▮▮▮

Employed by Lowe's:   **From** _2003_____  **To** _2022_____
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member**: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. _____ (potential collective action member))

   *[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*



AA414769BB140113CC16289860DD28145388                          SIMID 466



SPRINGFIELD MO 65

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO 47    COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



**Bartholomew et. al v. Lowe's**
**PO BOX 26170**
**SANTA ANA CA 92799-9834**

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORI
FORT MYERS DIVISION



4 0 5 6 8

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated, )
                                          )   NO.: 2:19-cv-00695-JLB-MRM
                                          )
      Plaintiffs,                  )
                                          )   PLAINTIFF CONSENT FORM
v.                                      )
                                          )
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,   )
                                          )
      Defendant.                   )

## CONSENT TO JOIN

I, **Carl Thrasher** [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _Carl Thrasher_
Printed Name: _Carl Thrasher_
Date Signed: _7/20/2022_

My address and other relevant information are as follows:

Name: _Carl Thrasher_
Address: ██████████████████████████

Home/Cell Telephone: ████████████████
Personal Email Address: ███████████████████
Date of Birth: ██████████████

Employed by Lowe's: **From** _1/22/2010_ To _Present_
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member**: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*

AA414769BB140113CC16286340DD28141868
SIMID 1859



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO 47    COSTA MESA CA
POSTAGE WILL BE PAID BY ADDRESSEE



**Bartholomew et. al v. Lowe's**
**PO BOX 26170**
**SANTA ANA CA 92799-9834**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf of themselves and all others similarly situated,    ) ) | **NO.: 2:19-cv-00695-JLB-MRM** |
|     **Plaintiffs,**    ) ) | |
|    ) | **PLAINTIFF CONSENT FORM** |
| **v.**    ) ) | |
| **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,**    ) ) | |
|     **Defendant.**    ) | |

**CONSENT TO JOIN**

4 2 9 6 8

I, ___Brad K Weeks___ [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _____

Printed Name: ___Brad K Weeks___

Date Signed: ___6/15/2022___

My address and other relevant information are as follows:

Name: ___Brad Weeks___

Address: _____

Home/Cell Telephone: _____

Personal Email Address: _____

Date of Birth: _____

Employed by Lowe's:    **From** ___2/10/2010___ **To** ___3/15/2020___
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member:** _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*

AA414769BB140113CC16294032DD28149560

SIMID  7020

JACKSONVILLE FL 320
24 AUG 2022PM 4 L

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO 47   COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**Bartholomew et. al v. Lowe's**
**PO BOX 26170**
**SANTA ANA CA 92799-9834**



THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf of themselves and all others similarly situated, | ) ) ) | NO.: 2:19-cv-00695-JLB-MRM |
| Plaintiffs, | ) ) | |
| v. | ) ) | PLAINTIFF CONSENT FORM |
| LOWE'S HOME CENTERS, LLC d/b/a LOWE'S, | ) ) ) | |
| Defendant. | ) | |

## CONSENT TO JOIN

I, __Amanda Dunn__ *[please provide legibly your full name]* hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I am working for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _____

Printed Name: __Amanda Dunn__

Date Signed: __8-25-2022__

My address and other relevant information are as follows:

Name: __Amanda Dunn__

Address: ████████████████████

Home/Cell Telephone: ████████████

Personal Email Address: ████████████████████

Date of Birth: ████████

Employed by Lowe's:    From __2000__    To __current__
If you are still employed by Lowe's, please put "present" in the "To" line.

ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form VIA THE INTERNET at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

Relationship To Potential Collective Action Member: _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*

AA4147898B140113GC1E28005DO28143593

SIMID 5509

08/25/2022   12:27PM (GMT-04:00)

**Antonio Moreno**

| | |
|---|---|
| **From:** | FAXCOM Anywhere <fax@faxcomanywhere.com> |
| **Sent:** | Thursday, August 25, 2022 9:28 AM |
| **To:** | Admin App Fax |
| **Subject:** | Received Fax From: 16788175663 |
| **Attachments:** | We sent you safe versions of your files; FAX.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

-------Fax Reception Report-------

Received Time: 08/25/22 12:26
Result: All pages received OK
Pages Received: 001
Remote TSI: 6788175663
Caller ID: 16788175663

The received fax is included as an attachment in this email message.

Thank you for choosing FAXCOM Anywhere as your fax provider.
https://www.faxcomanywhere.com/

**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DIANE BARTHOLOMEW, MICHAEL SHERRY, on behalf )
of themselves and all others similarly situated,          )   NO.: 2:19-cv-00695-JLB-MRM
                                                          )
            Plaintiffs,                                    )
                                                          )   PLAII
v.                                                        )
                                                          )
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S,                    )
                                                          )
            Defendant.                                    )   4   7   9   1   8

**CONSENT TO JOIN**

I, *Siakling Pitts* [*please provide legibly your full name*] hereby consent and agree to opt-in and join Count I of The First Amended Class Action Complaint in the above-styled case under the Age Discrimination In Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq*. ("ADEA").

I have worked for or presently work for LOWE'S HOME CENTERS, LLC d/b/a LOWE'S and received, as part of my compensation, the Spiff Commission Allowance ("Allowance") from February 2012 through, at least, the announcement by Lowe's on or about August 1, 2019 that the Allowance was ending effective February 1, 2020, and I was born on or before August 1, 1979.

Signature: _____

Printed Name: SIAK-LING K · PITTS

Date Signed: 9-28-22

My address and other relevant information are as follows:

Name: SIAK-LING PITTS

Address: ████████████████████████

Home/Cell Telephone: ████████████████████████

Personal Email Address: ████████████████

Date of Birth: ████████

Employed by Lowe's:   From 2005   To Present
If you are still employed by Lowe's, please put "present" in the "To" line.

**ONCE YOU HAVE COMPLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL (PRE-PAID RETURN ENVELOPE ENCLOSED), FAX ((714) 824-8591), OR EMAIL IT TO SIMPLURIS** at the following email address: LowesAllowanceLawsuit@simpluris.com; Or, you may submit your consent to join form **VIA THE INTERNET** at www.LowesAllowanceLawsuit.com.

Note: If someone *other than* the named recipient of this mailing is responding for or on behalf of the potential collective action member, identify your relationship to the collective action member for whom you are opting into this Lawsuit:

**Relationship To Potential Collective Action Member:** _____ (e.g. Executor/Administrator Of Estate of Mr./Ms. ___ (potential collective action member))

*[PLEASE ENSURE ALL BLANKS ARE FILLED IN YOUR PLAINTIFF CONSENT FORM AND THAT YOUR WRITING IS LEGIBLE]*

AA414769BB140113CC16288910DD28144438                                                                SIMID 3439

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO 47    COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE



**Bartholomew et. al v. Lowe's**
**PO BOX 26170**
**SANTA ANA CA 92799-9834**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DIANE BARTHOLOMEW, *et al.*,

      Plaintiffs,

                                  CASE NO.:  2:19-cv-00695- JLB-KCD

v.

LOWE'S HOME CENTERS, LLC,

      Defendant.

_____/

<u>**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT**</u>

      Pending before the Court is the joint motion filed by the Plaintiffs Diane Bartholomew and Michael Sherry ("Named Plaintiffs") and the original opt-in Plaintiffs Willis Pelton, Jason Slater and Mark Easterling ("Original Opt-In Plaintiffs") (collectively "Plaintiffs") and Defendant Lowe's Home Centers, LLC ("Defendant" or "Lowe's") to preliminarily approve their settlement of the collective disparate impact age discrimination claims in this Action.

      In this Action, Plaintiffs challenge Lowe's decision to end a legacy compensation program (the "Allowance").  In their Collective Action Complaint filed on September 20, 2019, Plaintiffs alleged that ending the Allowance constituted disparate treatment based on age and had a disparate impact based on age in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, et seq. (the "ADEA").  On January 21, 2020, the Court dismissed Plaintiffs' disparate

treatment claim and allowed the disparate impact claim to proceed.  In their Amended Complaint filed February 4, 2020, Plaintiffs continued to pursue their ADEA disparate impact claim on behalf of themselves and all others similarly situated (the "Claim") and added state common law quasi-contract claims of Contract Implied in Fact/Quantum Meruit and Contract Implied in Law/Unjust Enrichment.

On August 13, 2021, the Court granted conditional certification of Plaintiffs' ADEA claim pursuant to 29 U.S.C. § 216(b) and denied class certification of Plaintiffs' common law quasi contract claims.  Court-approved notice of the right to opt-into the ADEA disparate impact claim was sent to the putative collective members on February 14, 2022.  2,197 individuals who were eligible to opt into the Action submitted opt-in forms (or, in one case, an email consenting to opt in) prior to the date the parties originally executed a settlement agreement ("Opt-In Plaintiffs").

After a full-day, in-person mediation session and additional telephone conferences with mediator Marlene Quintana of GrayRobinson, P.A., the parties reached a settlement of this matter in principle, and on August 22, 2022 the Court stayed the Action to allow the parties time to finalize the settlement agreement. The Parties are now seeking preliminarily approval of their Amended Settlement Agreement dated January 31, 2023.  Plaintiffs and Lowe's are entering into

separate confidential settlements of their quasi-contract claims that will result in the Action being dismissed with prejudice.

BASED ON THE SUBMISSIONS OF THE PARIES AND THE ENTIRE RECORD BEFORE THE COURT, THE COURT FINDS AS FOLLOWS:

The Amended Settlement Agreement is the result of arms-length negotiations between the parties after extensive litigation, including extensive discovery related to Defendant's decision to end the Allowance and Plaintiffs' claims.  After reviewing the terms of the Amended Settlement Agreement in the context of the record in this Action and the controlling legal authority, the Court finds that the Amended Settlement Agreement is reasonable, adequate, fair, and consistent with applicable law.  The Court finds that the form of notice of the settlement attached to the Amended Settlement Agreement as Exhibits C ("Notice") is, under the circumstances, the most effective and practicable notice of the settlement and final approval hearing to all Opt-in Plaintiffs and sufficient notice for all purposes.  The Court further finds that the terms of the Amended Settlement Agreement and the Notice comply fully with the Older Worker Benefit Protection Act, 29 U.S.C. § 626(f), such that any Opt-In Plaintiff who does not withdraw from the settlement will be bound by the Amended Settlement Agreement, including its Release, Waiver, and Bar provision, and the dismissal with prejudice of the Claim if the Court grants final approval to the settlement.

IT IS THEREFORE ORDERED THAT:

1.     The Amended Settlement Agreement is preliminarily approved by the Court as a fair, adequate and reasonable resolution of the Claim.

2.     Notice of the settlement, shall be sent to the Plaintiffs and Opt-In Plaintiffs.

3.     Pending final approval of the settlement, all further litigation of the Action is STAYED *nunc pro tunc* as of August 22, 2022.

4.     Final approval is subject to the hearing of any timely objections to the proposed settlement.

5.     Settlement Administrator will be Simpluris.  Within seven business days of the entry of this Order, the Settlement Administrator shall mail the Notice (in the form attached to the Amended Settlement Agreement as Exhibit C) to each Plaintiff and Opt-In Plaintiff at the address listed in his or her Consent to Join by United States first-class mail.  Except for any mailing that is returned to the Settlement Administrator as undeliverable within 15 days after it is mailed, the Court will apply a rebuttable presumption that the Notice was received on or before the 5th day of mail delivery of United States first-class mail following mailing.

6.     Opt-In Plaintiffs who do not withdraw from this Action may object to all or any part of this settlement by emailing, faxing, or mailing a written objection

under oath to Simpluris not later than 30 calendar days from the date the Notice was mailed or remailed (in the event the original Notice was returned to the Settlement Administrator as undeliverable) to him or her. Objections sent via mail must be postmarked within the 30 calendar days in order to be considered timely. Objections sent by email or fax must be received by Simpluris within the 30 calendar days in order to be considered timely. Any Opt-In Plaintiff who fails to timely email, fax, or mail to Simpluris a written objection meeting the requirements below shall be deemed to have waived any objection to the settlement and shall forever be foreclosed from making any objection to the settlement. The written objection must include the following: (i) the full name and signature of the Non-Withdrawing Opt-In Plaintiff; (ii) the case name and case number (*Diane Bartholomew, et al. v. Lowe's Home Centers, LLC*, Case No. 2:19-cv-00659-JLB- KCD); (iii) a statement of the reasons, set forth in clear and concise terms, why the objector believes that the Court should find that the proposed settlement is not in the best interest of the collective and the reasons why the settlement should not be approved, including the legal and factual arguments supporting the objection; and (iv) a statement indicating whether the Non-Withdrawing Opt-In Plaintiff is represented by counsel, and identifying any such counsel. Counsel for Plaintiffs shall file all timely objections with the Court at least fourteen (14) days before the final approval hearing. Non-Withdrawing Opt-In

Plaintiffs who have properly and timely submitted objections may appear at the final approval hearing, either in person or through a lawyer retained at their own expense. The Court retains final authority with respect to the consideration and admissibility of any objections.  Plaintiffs' Counsel and/or Defendant's Counsel may file written responses to the objections submitted by Non-Withdrawing Opt-In Plaintiffs before the date of the final approval hearing and/or respond to the objections at the final approval hearing.

7.     Opt-In Plaintiffs who do not file written objections to this Action may withdraw from the collective and pursue a disparate impact age-discrimination claim on an individual (non-collective) basis related to Lowe's decision to end the Allowance if the requirements of this paragraph are met. Any Opt-In Plaintiff who fails to fulfill the requirements of this paragraph shall be bound by the Amended Settlement Agreement, including the Release, Waiver and Bar provision in Paragraph 2, and the dismissal with prejudice of the Claim. An Opt-In Plaintiff may void his or her withdrawal up to eight days prior to the final approval hearing by filing a signed statement clearly stating the desire to void his or her withdrawal notice. Without regard to the withdrawal of any Opt-In Plaintiff, the settlement and the final approval order of the Court shall act to dismiss with prejudice the collective claims in this Action such that no administrative charge of any Plaintiff or Opt-In Plaintiff shall be sufficient as a predicate to "piggybacking." The

Individual Award allocated to any withdrawing Opt-In Plaintiff shall be subtracted from the Settlement Payment. To withdraw from this Action, an Opt-In Plaintiff must do the following:

a. Email, fax, or mail a written notice to Simpluris that he or she wishes to withdraw from the settlement not later than 30 calendar days from the date the Notice was mailed or remailed (in the event the original Notice was returned to the Settlement Administrator as undeliverable) to him or her. Notices of withdrawal sent via mail must be postmarked within the 30 calendar days in order to be considered timely.  Notices of withdrawal sent by email or fax must be received by Simpluris within the 30 calendar days in order to be considered timely. Such withdrawal notice shall state at a minimum:

> I understand that I am requesting to be excluded from the collective settlement and that I will receive no money from the settlement approved by the preliminary and/or final orders entered into by the Court or the Amended Settlement Agreement entered into by Plaintiffs and Defendant.  I understand that if I am excluded from the collective action settlement, I may at my own expense be able to assert a separate legal action in the same Court for disparate impact age discrimination on an individual (non-collective) basis seeking damages related to Lowe's decision to end the Allowance, but may receive nothing or less than what I would have received in the collective settlement in this case.  Any such action I may assert will not include any other claims.

b. Counsel for Plaintiffs shall file all timely written notices of withdrawal from the settlement with the Court at least fourteen (14) days before the final approval hearing. Appear in person or through counsel at the final approval hearing and agree to a scheduling order which shall include expedited discovery deadlines followed by dispositive motion deadlines and concomitant hearing and/or trial dates that will govern the remainder of that individual's claim against Defendant.

8.      A final approval hearing shall be held on _____ at the United States Courthouse and Federal Building, Courtroom _____, 2110 First Street, Fort Myers, Florida 33901.  If any attorney will be representing an Opt-In Plaintiff objecting to or withdrawing from the settlement, the attorney shall file a notice of appearance with the Court and serve counsel for all parties on or before five days prior to such hearing.

9.      If no objections to the settlement are upheld and all other conditions in the Amended Settlement Agreement occur, the Court will enter judgment dismissing with prejudice the disparate impact age discrimination claim of all Plaintiffs and Opt-In Plaintiffs, with the sole exception of Opt-In Plaintiffs who properly and timely withdraw, which withdrawing Opt-In Plaintiffs may continue

to litigate their disparate impact age discrimination claim solely as individual (non-collective) basis.

SO ORDERED this _____ day of _____, 2023.


_____
Kyle C. Dudek
United States Magistrate Judge

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

DIANE BARTHOLOMEW, *et al.*,

     Plaintiffs,

                                     CASE NO.: 2:19-cv-00695-JLB-KCD

v.

LOWE'S HOME CENTERS, LLC,

     Defendant.

_____/

## NOTICE OF PRELIMINARY APPROVAL OF AMENDED SETTLEMENT
## AGREEMENT AND DISMISSAL OF COLLECTIVE ACTION

TO:    All persons who timely filed a Consent to Join this Action

### *PLEASE READ THIS NOTICE CAREFULLY.*
### *THE SETTLEMENT AFFECTS YOUR RIGHTS.*

THIS NOTICE IS PROVIDED PURSUANT TO AN ORDER OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TO INFORM YOU OF:

- The Court's preliminary approval of the settlement of your claim in this case based on which you will receive a monetary award; and

- Your options to object to or withdraw from the settlement.

## I.    Background And Persons Affected By The Preliminarily Approved Settlement

Plaintiffs Diane Bartholomew and Michael Sherry ("Named Plaintiffs") and the original opt-in Plaintiffs Willis Pelton, Jason Slater, and Mark Easterling ("Original Opt-In Plaintiffs") (collectively "Plaintiffs") and Defendant Lowe's Home Centers, LLC ("Defendant" or "Lowe's") have agreed to settle the above-captioned lawsuit now pending in the United States District Court for the Middle District of Florida in Fort Myers, Florida. The lawsuit's Count I (disparate impact) was brought under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq*. ("ADEA") on behalf of Plaintiffs and all similarly situated Lowe's employees. Plaintiffs claim that Lowe's decision to end a legacy compensation program (the "Allowance") had a disparate impact on persons aged 40 and over in violation of the ADEA.

You have previously been provided notice of the lawsuit and filed a Consent to Join form. The Consent to Join stated that you "consent and agree to opt-in and join Count I of The First Amended Class Action Complaint," which alleges disparate-impact age discrimination in violation of the ADEA (the "Claim").

The preliminarily approved Amended Settlement Agreement dated January 31, 2023 covers all persons who timely filed a Consent to Join ("Opt-In Plaintiffs," listed on Exhibit A) and entitles those who do not withdraw ("Non-Withdrawing Opt-In Plaintiffs") to receive an individual monetary award.

## II.    Reasons for Settlement

After extensive discovery and negotiations, the Plaintiffs and the attorneys for the Plaintiffs (the Salas Law Firm) ("Plaintiffs' Counsel") have concluded that the best interests of Plaintiffs and Opt-In Plaintiffs will be served by a settlement of the collective action. The reasons for believing that settlement is in the best interest of Plaintiffs and Opt-In Plaintiffs include: (i) the Court may reconsider its conditional certification of this matter to proceed as a collective action; (ii) the Court may determine that Plaintiffs' and Opt-In Plaintiffs' disparate-impact theory is not cognizable or that the decision to end the Allowance was based on a reasonable factor other than age which provides a complete defense and enter summary judgment in Defendant's favor; (iii) the Court or jury may determine Plaintiffs and Opt-In Plaintiffs are not entitled to recover for their claim; (iv) the Court or jury may determine that some or all of Plaintiffs and Opt-In Plaintiffs are not entitled to damages or are entitled to an amount of damages less than the amount sought by Plaintiffs and Opt-In Plaintiffs; (v) the Court may determine that the act or omission giving rise to the Action was lawful; and (vi) the Court of Appeals may determine that Plaintiffs' and Opt-In Plaintiffs' disparate-impact theory is not cognizable, that a reasonable factor other than age provides a complete defense, and/or that the Claim could not properly be maintained as a collective action.

Plaintiffs and Plaintiffs' Counsel believe that the terms and conditions of the settlement are fair, reasonable, adequate, and in the best interests of Plaintiffs and Opt-In Plaintiffs. In reaching this conclusion, Plaintiffs' Counsel in consultation with Plaintiffs have analyzed the benefits of the settlement, the risk of an unfavorable outcome in the litigation of this case, as well as the expense and length of continued proceedings necessary to prosecute this action through a trial and the delay occasioned by likely appeals. In preliminarily approving the settlement agreement, the Court likewise has preliminarily concluded that the terms and conditions of the settlement are fair, reasonable, adequate, and in the best interests of Plaintiffs and Opt-In Plaintiffs.

Lowe's does not admit any wrongdoing or liability by entering into this settlement and has agreed to these settlement terms only because it wishes to avoid further costly, disruptive, and time-consuming litigation and wishes to obtain the other benefits of settlement, which include complete and final resolution of the Claims of every Plaintiff and Non-Withdrawing Opt-In Plaintiff.

Accordingly, Plaintiffs, Plaintiffs' Counsel and Lowe's, after lengthy and vigorous negotiations, have agreed that the case should be settled, conditioned upon the final approval of the Court and other terms.

## III.    Terms of Preliminarily Approved Settlement

**A.    Monetary Payments**. Lowe's has agreed to pay up to the total sum of four hundred thousand dollars ($400,000.00) ("Settlement Payment") to settle the Claim and all age

discrimination claims arising out of the ending of the Allowance.  The Settlement Payment includes: (a) individual wards to Plaintiffs and Opt-In Plaintiffs and all payroll taxes associated therewith; (b) all attorneys' fees, costs, and expenses; and (c) all costs of administration of the settlement. The Settlement Payment satisfies in full the Claims of Plaintiffs and Non-Withdrawing Opt-In Plaintiffs and satisfies in full all claims for attorneys' fees, costs, and expenses. The distribution of funds from the Settlement Payment to a particular Plaintiff or Non-Withdrawing Opt-In Plaintiff will be calculated by multiplying two hundred nineteen thousand nine hundred dollars ($219,900.00) by a fraction, the numerator of which is to be the amount of that Plaintiff's or Opt-In Plaintiff's annual Allowance and the denominator of which is to be the total annual Allowance of all of the Plaintiffs and Opt-In Plaintiffs ("Individual Award").

This relief will be in final settlement of the Claims made by Plaintiffs and Non-Withdrawing Opt-In Plaintiffs against Lowe's as set forth in the Amended Settlement Agreement.

**B.    Objections to the Settlement**. Non-Withdrawing Opt-In Plaintiffs may object to this settlement by  emailing, faxing, or mailing a written objection under oath to Simpluris not later than 30 calendar days from the date this Notice was mailed or remailed (in the event the original Notice was returned to the Settlement Administrator as undeliverable) to him or her. The written objection must include the following: (i) the full name and signature of the objecting Opt-In Plaintiff; (ii) the case name and case number (*Diane Bartholomew, et al. v. Lowe's Home Centers, LLC*, Case No. 2:19-cv-00659-JLB- KCD); (iii) a statement of the reasons, set forth in clear and concise terms, why the objector believes that the Court should find that the proposed settlement is not in the best interest of the collective and the reasons why the settlement should not be approved, including the legal and factual arguments supporting the objection; and (iv) a statement indicating whether the Non-Withdrawing Opt-In Plaintiff is represented by counsel, and identifying any such counsel. Non-Withdrawing Opt-In Plaintiffs who have properly and timely submitted objections may appear at the final approval hearing, either in person or through a lawyer retained at their own expense. In order to be timely, the objection if emailed or faxed must be received by Simpluris no later than 30 calendar days from the date this Notice was mailed.  If the objection is sent by mail, it must be postmarked no later than 30 calendar days from the date this Notice was mailed.  Objections must be sent to:

Simpluris (Attn: _____)
[Insert Simpluris' Address]
Fax: _____
Email: _____@simpluris.com

The Court retains final authority with respect to the consideration and admissibility of any Non-Withdrawing Opt-In Plaintiff's objections.  Plaintiffs' Counsel and/or Defendant's Counsel may file written responses to the objections submitted by Non-Withdrawing Opt-In Plaintiff before the date of the final approval hearing and/or respond to the objections at the final approval hearing.

**C.    Withdrawal Procedure**. Opt-In Plaintiffs have the right, upon certain conditions, to withdraw from the settlement and pursue a disparate impact age-discrimination claim on an individual (non-collective) basis related to Lowe's decision to end the Allowance.  Opt-In Plaintiffs who withdraw will not receive anything from this settlement.  Any Opt-In Plaintiff who

wishes to withdraw from the settlement may not also object to the settlement.  To withdraw, an Opt-In Plaintiff must email, fax, or mail a written notice to Simpluris that he or she wishes to withdraw from the settlement not later than 30 calendar days from the date this Notice was mailed or remailed (in the event the original Notice was returned to the Settlement Administrator as undeliverable) to him or her. Such withdrawal notice shall state at a minimum:

> I understand that I am requesting to be excluded from the collective settlement and that I will receive no money from the settlement approved by the preliminary and/or final orders entered into by the Court or the Amended Settlement Agreement entered into by Plaintiffs and Defendant.  I understand that if I am excluded from the collective action settlement, I may at my own expense be able to assert a separate legal action in the same Court for disparate-impact age discrimination on an individual (non-collective) basis seeking damages related to Lowe's decision to end the Allowance, but may receive nothing or less than what I would have received in the collective settlement in this case.  Any such action I may assert will not include any other claims.

In order to be timely, the notice of withdrawal if emailed or faxed must be received by Simpluris no later than 30 calendar days from the date this Notice was mailed.  If the notice of withdrawal is sent by mail, it must be postmarked no later than 30 calendar days from the date this Notice was mailed.  Notices of withdrawal must be sent to:

> Simpluris (Attn: _____)
> [Insert Simpluris' Address]
> Fax: _____
> Email: _____@simpluris.com

A plaintiff who desires to withdraw must also appear in person, or through counsel of his/her choosing, at the final approval hearing to be held on [DATE] _____ at [TIME] _____ , in Courtroom ___, at the United States District Court for the Middle District of Florida, 2110 First Street, Fort Myers, Florida 33901 ("Final Approval Hearing Date"). Any attorney who intends to represent an individual withdrawing from the settlement must file a notice of appearance with the Court and serve counsel for all parties (see names and addresses in Paragraph VIII below) on or before five days prior to the Final Approval Hearing Date. All withdrawals or other correspondence must state the name and number of the case, which is *Diane Bartholomew, et al. v. Lowe's Home Centers, LLC*, Case No. 2:19-cv-00659-JLB- KCD.

**D.     Attorneys' Fees and Litigation Costs and Expenses Subject to Court Approval**. Counsel for Plaintiffs will be paid one hundred thirty thousand one hundred dollars ($130,100.00) in full payment of attorneys' fees, costs, and litigation-related expenses incurred by Plaintiffs' Counsel in this litigation inclusive of work performed and attorneys' fees and costs incurred in connection with the Amended Settlement Agreement and related work as may be necessary after the Court enters a final order approving the Amended Settlement Agreement. Defendant does not oppose Plaintiffs' Counsel's award of such fees, costs, and expenses.

**IV.     Your Individual Award**

You do not need to do anything to receive your portion of the Settlement Payment, which based on the formula described in Paragraph III.A. is $____ (your "Individual Award").

You will receive a check for your Individual Award as long as you do not withdraw from the settlement mailed approximately two months after the Court enters a final order approving the settlement. Fifty percent of the Individual Award will be paid as wages, from which required taxes and other withholdings will be deducted, and reported on an IRS Form W-2 and any applicable state or local form, and 50% will be paid as liquidated damages and reported on an IRS Form 1099 and any applicable state form if required. If you do not return the W-9 that is being sent with this Notice, the Settlement Administrator may have to withhold additional taxes from your Individual Award.

If the Court grants final approval of this settlement, you will be bound by the Amended Settlement Agreement, including the Release, Waiver, and Bar provision below, and the judgment dismissing your Claim with prejudice regardless of whether or not you cash the check for the Individual Award. If the Court grants final approval of this settlement and you have not withdrawn from the settlement, Lowe's will not seek to recover any of its defense costs or attorney's fees from you.

## V.   Binding Effect

The Court has found preliminarily that the terms of the Amended Settlement Agreement and Notice comply fully with the Older Worker Benefit Protection Act, 29 U.S.C. § 626(f), such that any Opt-In Plaintiff who does not withdraw from the settlement will be bound by the Amended Settlement Agreement, including its Release, Waiver and Bar provision, and the dismissal with prejudice of the Claim if the Court grants final approval of the settlement. Thus, if the Court confirms this finding and finally approves this Amended Settlement Agreement, it will be binding on all Plaintiffs and Opt-In Plaintiffs and will bar all persons who filed a Consent to Join form and have not properly withdrawn from seeking relief from Lowe's for the Claim. You are advised to consult with Counsel for Plaintiffs or another attorney of your choosing regarding this settlement.

## VI.   Release, Waiver and Bar

In exchange for the consideration provided by Defendant in the Amended Settlement Agreement, and upon entry of the Court's order finally approving the Amended Settlement Agreement, except as to such rights or claims as may be created by the Amended Settlement Agreement, Plaintiffs and Non-Withdrawing Opt-In Plaintiffs irrevocably and unconditionally release and waive all the claims described below that they may now have against Defendant and the Released Parties defined below. The claims they are releasing include all known and unknown claims, promises, causes of action, or similar rights of any kind for discrimination because of age based on claims or allegations that were or could have been raised in this Action, including, without limitation, claims under the Age Discrimination in Employment Act of 1967 ("ADEA") or similar state or local laws ("Released Claims"). The "Released Parties" are Lowe's Home Centers, LLC and Lowe's Companies, Inc. and each of their affiliates, representatives, employees, officers, directors, shareholders, partners, joint venturers, parent companies, subsidiaries, heirs, agents, attorneys, predecessors, successors, assignees, insurers and reinsurers, and their respective successors and predecessors in interest, and anyone acting on any of their behalf. Except for a

proceeding brought to enforce the terms of the Amended Settlement Agreement, Plaintiff and Non-Withdrawing Opt-In Plaintiffs shall, as of the date of the Court's order finally approving this settlement, be barred from commencing, maintaining, prosecuting, participating in, or permitting to be filed by any other person on their behalf, any action, suit, or proceeding of any kind against Defendant or the Released Parties with respect to the Released Claims.

## VII.   Additional Considerations

Finalization of this settlement is subject to certain terms and conditions, which includes, among other things, final approval by the Court of the Amended Settlement Agreement.

## VIII.   If The Amended Settlement Agreement Is Not Given Final Approval

If the Amended Settlement Agreement is not finally approved by the Court, the settlement will be voided, no money will be paid, and litigation of the case will continue. However, if that happens there is no assurance: (a) that the litigation will result in a judgment favorable to Plaintiffs and Opt-In Plaintiffs; (b) that a favorable judgment, if any, will be as favorable to Plaintiffs and Opt-In Plaintiffs as this settlement; or (c) that any such favorable judgment will be upheld on appeal.

## IX.   Address Changes

It is your responsibility to keep the Settlement Administrator updated with your address. If you do not inform in writing the Settlement Administrator of any address corrections or changes, any entitlement you may have to receive a monetary award may be forfeited. Please sign and mail or e-mail any change of address along with your name, date of birth, former address and new address to: Settlement Administrator at Simpluris; [Insert Simpluris' Address]; Email: _____@simpluris.com; Phone Number (Claims Call Center): _____.

## X.   Counsel For Plaintiffs And Counsel for Defendant

Counsel for the Plaintiffs

Michael G. Green II, Esq.
michael@salaslawfirmpa.com
John P. Salas, Esq.
jp@salaslawfirmpa.com
Salas Law Firm, P.A.
2601 E. Oakland Park Boulevard
Suite 406
Fort Lauderdale, FL 33308Telephone: (954) 315-1155

Counsel For Defendants

Elena D. Marcuss
McGuireWoods LLP
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202

Telephone:  (410) 659-4454
Facsimile:  (410) 659-4547
emarcuss@mcguirewoods.com

Thomas R. Brice
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone:  (904) 798-2629
Facsimile:  (904) 360-6335
tbrice@mcguirewoods.com

## XI.   <u>Further Information</u>

The general summary of the preliminarily approved settlement in this Notice does not include all of the terms and conditions of the Amended Settlement Agreement. The only complete statement of the terms and conditions of the proposed settlement is found in the actual Amended Settlement Agreement that the Court has preliminarily approved. Copies of the proposed Amended Settlement Agreement are available for inspection or copying at your expense at the Office of the Clerk of the United States District Court for the Middle District of Florida at 2110 First Street, Fort Myers, Florida 33901. Copies of the Amended Settlement Agreement and Preliminary Approval Order may also be obtained from Plaintiffs' Counsel by writing to 8551 West Sunrise Boulevard, Suite 300, Plantation, FL 33322, or by calling (954) 315-1155, or from the Settlement Agreement by going to www. _____.com and entering the password [insert password here].

If you have any questions about the settlement process you may write to the Settlement Administrator at Simpluris; [Insert Simpluris' Address]; Email: _____@simpluris.com; Phone Number (Claims Call Center): _____, or if you have any questions relative to your legal or other rights relative to this case and/or the settlement thereof you may contact Plaintiffs' Counsel at the contact information provided above.

<u>DO NOT CONTACT THE COURT</u>.

Dated this _____ day of _____, 2023

# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DIANE BARTHOLOMEW, *et al.*,

      Plaintiffs,

                           CASE NO.:  2:19-cv-00695- JLB-KCD

v.

LOWE'S HOME CENTERS, LLC,

      Defendant.

_____/

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT
## AND DISMISSING COLLECTIVE ADEA CLAIM

Pending before the Court is the joint motion filed by the Plaintiffs Diane Bartholomew and Michael Sherry ("Named Plaintiffs") and the original opt-in Plaintiffs Willis Pelton, Jason Slater and Mark Easterling ("Original Opt-In Plaintiffs") (collectively "Plaintiffs") and Defendant Lowe's Home Centers, LLC ("Defendant" or "Lowe's") to finally approve their settlement of the collective disparate impact age discrimination claims in this action.

Based on the joint motion for final approval, and for good cause shown, the Court grants the motion, finds that the Amended Settlement Agreement is reasonable, adequate, fair, and consistent with applicable law, and orders as follows:

1.      The Amended Settlement Agreement is approved, and its terms are incorporated herein by reference.

2.      Lowe's shall transfer four hundred thousand dollars ($400,000) (the "Settlement Payment") to the Qualified Settlement Fund account established by Simpluris within 45 days after entry of this Order finally approving this settlement and dismissal with prejudice of the Action, or if an appeal is taken from any aspect of this Order and/or the judgment entered, then 21 days after the later of either (i) the appeal being withdrawn or (ii) the exhaustion of all available appellate review and an appellate decision affirming the approval of the settlement and judgment becoming final and not subject to further appellate review.

3.      Plaintiffs' counsel are awarded fees of eighty-six thousand eight hundred twenty-two dollars and sixteen cents ($86,822.16), and costs and expenses of forty-three thousand two hundred seventy-seven dollars and eighty-four cents ($43,277.84), for a total of one hundred thirty thousand one hundred dollars ($130,100.00), which shall be paid from the Qualified Settlement Fund.

4.      The Court determines and holds that the terms of the Amended Settlement Agreement and Notice comply fully with the Older Workers Benefit Protection Act, 29 U.S.C. § 626(f).

5.      All Plaintiffs and [Non-Withdrawing] Opt-In Plaintiffs are bound by the Amended Settlement Agreement, including its Release, Waiver and Bar

provision, and are enjoined and permanently barred from commencing, maintaining, prosecuting, participating in, or permitting to be filed by any other person on their behalf, any action, suit, or proceeding of any kind against Defendant or the Released Parties with respect to the Released Claims.

6.      All approvals preliminarily conferred in the prior Order are hereby confirmed and made final.  In particular, the Amended Settlement Agreement, including its attachments, and the proposed plan of allocation are unconditionally and finally approved.

7.      Count I of the Amended Complaint alleging disparate impact discrimination under the Age Discrimination in Employment Act is hereby DISMISSED WITH PREJUDICE, without costs to either party, as to all Plaintiffs and [Non-Withdrawing] Opt-In Plaintiffs.

SO ORDERED this _____ day of _____, 2023.


_____
Kyle C. Dudek
United States Magistrate Judge