IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE BARTHOLOMEW, *et al.*,

    Plaintiffs,

                                       CASE NO.:  2:19-cv-00695-KCD

v.

LOWE'S HOME CENTERS, LLC,

    Defendant.
_____/

## **JUDGMENT**

Pursuant to this Court's Order granting final approval of the collective action settlement (Doc. 206), it is hereby ordered, adjudged, and decreed that final judgment is entered in accordance with the terms of the Amended Settlement Agreement, the order granting preliminary approval of the collective action settlement (Docs. 198, 201), and the final approval order (Doc. 206).  This document will constitute a final judgment (and a separate document constituting the judgement) under Rule 58 of the Federal Rules of Civil Procedure.

**ENTERED** on May 3, 2023.

                                                                      Kyle C. Dudek
                                                                      United States Magistrate Judge